IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Lee W. Carpenter, | ) | Case No. 10-57334 |
| Patricia L. Carpenter | ) | |
| | ) | Judge Eugene R. Wedoff |
| Debtors. | ) | |

## COVER SHEET FOR FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSES

Name of Applicants: **Ira P. Goldberg and DiMonte & Lizak, LLC Counsel to Trustee ("D&L")**

Authorized to Provide
Professionals Services to: **Richard J. Mason, Chapter 7 Trustee for the Bankruptcy Estate of Lee W. Carpenter and Patricia L. Carpenter, Debtors**

Date of Order Authorizing Employment: **March 30, 2011 (effective March 3, 2011)**

Period for Which
Compensation is Sought:   March 3, 2011 through the close of case

Amount of Contingency Fees Sought:   $13,750.00[1]

Amount of Expenses
Reimbursement Sought:   $273.03

Total:   $13,750.00 plus up to $273.03 in expenses

This is an ____ Interim Application     __X_ Final Application

If this is not the first application filed herein by the this professional, disclosures as to all prior fee applications: N/A

The amount of fees and expenses paid to the Applicant to date of services rendered and expenses incurred herein is: N/A

---

[1]D&L has expended in excess of $27,200.00 in time related to this case. However, it has agreed to limit its request to $13,750.00.

Date:   March 5, 2012

Applicant:   _____ DiMonte & Lizak, LLC _____

By: _____ /s/ Ira P. Goldberg _____

Ira P. Goldberg
ARDC#: 6185512
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623
Email: igoldberg@dimontelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Lee W. Carpenter, | ) | Case No. 10-57334 |
| Patricia L. Carpenter | ) | |
| | ) | Judge Eugene R. Wedoff |
| Debtors. | ) | |

## FIRST AND FINAL APPLICATION TO THE COURT OF DIMONTE & LIZAK, LLC, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE

DiMonte & Lizak, LLC ("D&L"), counsel for Richard J. Mason, the trustee ("Trustee") in the above-referenced Chapter 7 proceeding, requests the entry of an order for allowance of final compensation in the amount of $13,750.00[1] and reimbursement of expenses of $273.03. In support thereof, D&L respectfully states as follows:

### I. NARRATIVE SUMMARY

1.  On or about December 30, 2011, Lee W. Carpenter and Patricia L. Carpenter ("the Debtors") filed a voluntary Chapter 7 voluntary petition.

2.  Richard J. Mason is the duly appointed and acting Trustee of the estate of the Debtors.

3.  On or about March 30, 2011, this court entered an order retaining D&L, effective as of March 3, 2011.

4.  For the convenience of this Court and other parties in interest, summary sheets disclosing additional information, including, but not limited to the following, are attached hereto and incorporated herein as Exhibit **A**.

---

[1] Although in excess of $27,200.00 in services have been rendered, D&L has agreed to limit its request to $13,750.00 plus expenses.

1

(a)    Previous requests, if any, for fees and expenses herein;

(b)    Previous awards, if any, of fees and expenses herein;

(c)    Disclosures related to professionals and para-professionals who have worked on this case;

(d)    Calculations of both the blended rates of the attorneys involved in this case as well as a separate calculation of the blended rates of both attorneys and para-professionals; and

(e.)    Disclosures regarding the financial condition of this estate ("Estate").

5.    The normal hourly rates charged by the principals, associates, and the legal assistants of D&L for the period covered by this application is as follows:

Ira P. Goldberg (Developmental Partner)    $310.00 (2010 and 2011) & $320.00 (2012)

Jeff McDonald (Developmental Partner)    $300.00

## II. CASE STATUS

.    Professionals have been retained. The attorneys are Ira P. Goldberg and Di Monte & Lizak, LLC as legal counsel for the Trustee. To date approximately $27,500.00 in funds have been recovered, by means of a Settlement with the Debtor approved by this court on or about November 8, 2011.

## III. PROJECT SUMMARIES

7.    For the time period covered by this application D&L provided a variety of legal services to the Trustee. The services which were performed by D&L, during such time period, are categorized and described in detail on an itemized statement attached hereto and made part of as Exhibit **B.** At the end of each category, there is a list, for each attorney or paraprofessional who worked on that matter, of the total number of hours (with dollar value) spent on that matter. The

2

following is a statistical overview of the services performed by D&L for which it seeks

compensation which includes the approximate hours expended by D&L for which it seeks

compensation, the approximate value of those services and the amount of fees previously received

by D&L:

| Name of Services | Approximate | Value | Previous Hours (N/A) | Fees Previously Received (N/A) |
|---|---|---|---|---|
| 1. Case Administration | 4.10 hrs | $1,271.00 | N/A | N/A |
| 2. Creditors & Claims | 2.70 hrs | $279.00 | N/A | N/A |
| 3. Discovery & Investigation | 37.60 hrs | $11,597.00 | N/A | N/A |
| 4. Fee Petitions | 1.0 hr | $0.00[2] | N/A | N/A |
| 5. Sale of Assets | 21.15 hrs | $5,642.00 | N/A | N/A |
| 6. Closing of Case | 4.8 hrs | $0.00[3] | N/A | N/A |
| 7. Mexican Trust Agreements | 11.70 hrs | $3,627.00 | N/A | N/A |
| 8. Telluride Condo | 0.50 | $155.00 | N/A | N/A |
| 9. Objection to Exemptions | 18.70 | $4,702.00 | N/A | N/A |
| **TOTAL** | **102.25(+) hrs** | **$27,273.00** | **N/A** | **N/A** |

8.     The following is a factual summary of the services provided and in certain cases the

results achieved from on or about March 3, 2011 through the anticipated closing of this case:

(a)     **Case Administration:** D&L expended 4.10 hours of time related to this category.

The work in this category includes, but is not limited to, preparing and appearing on motions to

---

[2] Billed at a zero rate.

[3] Billed at a zero rate.

retain counsel, retain accountant, and follow up with the Trustee and the Estate's professionals. Detailed time entries related to the compensation sought for Case Administration are contained in Exhibit **B**.

(b)   **Creditors and Claims:** D&L expended 2.70 hours of time related to this category of work. The work in this category includes, but is not limited to, conferring with creditor's counsel and reviewing claims filed on ECF. **Please note that for this category of work and for others, significant amounts of time have been billed at a zero rate.** Detailed time entries related to the compensation sought for Creditors and Claims are contained in Exhibit **B**.

(c)   **Discovery and Investigation:** D&L expended 37.60 hours of time related to this category of work. The work in this category includes, but is not limited to, investigating and reviewing the file on line to determine which potential assets warranted future inquiries; ultimately determining that only the assets that were sold to the Debtors on or about November 8, 2011 were of value. Detailed time entries related to the compensation sought for Discovery and Investigations are contained in Exhibit **B**.

(d)   **Fee Petitions:** D&L expended over 1.0 hour of time related to this category of work. The work in this category includes, but is not limited to, preparing a fee petition for D&L. **Please note that D&L billed this entire category of work at a zero rate.** Detailed time entries related to the compensation sought for Fee Petitions are contained in Exhibit **B**.

(e)   **Sale of Assets:** D&L expended in excess of 21.15 hours of time related to this category of work. The work in this category includes, but is not limited to, negotiations with the Debtors (and solicitation of others) to sell the Estate's equity interest in certain assets to them. Thereafter, the Trustee filed and successfully presented to the Court to consummate said sale. This

category of work also included an evaluation of whether other parties of interest might have an interest in submitting their own or competing bids. **Please note that for this category of work and for others, significant amounts of time have been billed at a zero rate.** Detailed time entries related to the compensation sought for Sale of Assets are contained in Exhibit **B**.

(f)    **Closing of Case:** D&L has partially expended and anticipates expending over 4.8 hours of time related to this category of work. The work in this category involves and is anticipated to primarily involve the following:  1) preparation and presentation of fee applications; 2) discussions with the Trustee and parties in interest related to the closing of this case, and 3) appearances in court related to the closing of this case. **Please note that D&L billed this entire category of work at a zero rate.** Detailed time entries related to the compensation sought for Closing of Case are contained in Exhibit **B**.

(g)    **Mexican Trust Agreements:** D&L expended 11.70 hours of time related to this category of work. This category of work included, but was not limited to, investigating whether or not the Estate could obtain the return of certain payments which the Debtor had made towards the purchase of two separate property units in Mexico.  The Trustee was unable to make a recovery on his own and was also unable to find counsel who would handle said matters on a contingency basis. Ultimately, the Trustee sold his right, title and interest in said matters to the Debtors with the approval of this Court on or about November 8, 2011.  Detailed time entries related to compensation sought for Mexican Trust Agreements are contained in Exhibit **B**,

(h)    **Telluride Condo:** D&L expended 0.50 hours of time related to this category of work. This category includes, but is not limited to, investigating whether or not it was possible to make any recoveries concerning the apparently untitled interest that the Debtors claimed in a condominium

in certain property in Telluride, Colorado, which the Debtors claim to hold a one-sixth interest with certain relatives. The Trustee determined that prospects of recovery were dim and by order of this Court dated November 8, 2011, sold this Estate's equity interest, if any, in said property to the Debtors. Detailed time entries related to compensation sought of Telluride Condo are contained in Exhibit **B**.

(i)    **Objection to Exemptions:** D&L expended 18.70 hours of time related to this category of work. This category of work includes, but is not limited to, reviewing exemptions and amended exemptions; working on an objection to the Debtors' exemptions in the Interra and Rosemont Taxi stock; drafting pleadings in relation thereto; discussing that objection with certain creditors; preparing for and appearing on statuses related to same; conferring with Debtors' counsel related to same; work on brief related to same; conferring with Trustee regarding that brief, and reaching a deal which mooted the issue prior to the due date of the brief. **Please note that for this category of work and for others, significant amounts of time have been billed at a zero rate.** Detailed time entries related to the compensation sought for Objection to Exemptions are contained in Exhibit **B**.

9.    All of the services referred to hereinabove were reasonably necessary to be performed in order that:

(a)    The interest of the estate and its creditors be adequately represented and defended; and

(b)    To maximize the recovery to this estate and its creditors.

### IV. COMPUTATION OF COMPENSATION

10.    The services performed from March 3, 2011 through the anticipated closing of

6

this case required and are anticipated to require a total time expenditure of over 102.25(+) hours

on the part of the principals, associates and legal assistants of D&L. The services which D&L is

seeking compensation are set forth with particularity at Exhibit **B.** Based on the nature, the extent

and value the services for which D&L is seeking compensation, the time spent on such services

and cost of comparable services other than those in the case under this title, such services have a

value in excess of $27,273.00, however D&L has agreed to limit its compensation request to

$13,750.00.

## V. EXPENSES

11.     In addition, D&L incurred certain reasonable necessary additional expenses during

its representation of the Trustee in the amount of $273.03.  (A file set up fee of $25.00 has been

written off; copying $145.03; and postage $128.00;).  See Exhibit **C**.  Moreover, as an additional

overview for the court, D&L provides the following information respecting the method it uses to

record and charge various types of expenses:

(a)     **Telecopier Transmittals**: D&L does not charge for telecopier transmittals

unless they are extraordinary.

(b)     **Delivery Services:** Any persons wishing to engage either local messenger or

overnight services must fill out a delivery service slip, which requires the inclusion of client and

matter numbers.  These slips are then sent to the D&L accounting department, where the data is

entered by client and matter number into the D&L computer.  D&L's delivery charges are for actual

out-of-pocket expenses only.

(c)     **Photocopying**: Photocopying may be accomplished in one of two ways at

D&L.  There are photocopying machines, controlled by computer key pads on every floor.  Small

copying jobs are not charged.  For larger jobs, the person wishing to make copies bills it to the client and matter number to which the job must be charged.  Very large copying jobs are usually sent to an outside copy service.  D&L traditionally charges 0.20¢ per page for photocopying.  D&L has written down that charge to 0.10¢ per page herein.

(d)    **Long distance telephone**: Long distance telephone calls are not charged unless extraordinary.

## VI.  CERTIFICATION

12.    D&L certifies that the Trustee has received and reviewed this application for compensation and reimbursement of expenses.  D&L also certifies that the Trustee has approved this application.

## VII. SERVICE

13.    This matter will be noticed for hearing along with the final report.

**WHEREFORE**, D & L prays that an Order be entered respecting this application, after such notice and hearing as is required by the Court:

(a)    Granting a first and final allowance of D&L respecting services first requested in this Application in the amount of $13,750.00 and reimbursement of expenses to D&L respecting expenses first requested in this Application in the amount of $273.03 (collectively, the "Allowance").

(b)    Authorizing and directing the Trustee to pay the Allowance; and

(c)    Granting such other and further relief as this Court deems just and equitable.

8

Dated: March 5, 2012

Respectfully Submitted,

DiMonte & Lizak, LLC

By: /s/ Ira P. Goldberg
Ira P. Goldberg, One of its agents

Ira P. Goldberg (ARDC# 6185512)
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: igoldberg@dimontelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Lee W. Carpenter, | ) | Case No. 10-57334 |
| Patricia L. Carpenter | ) | |
| | ) | Judge Eugene R. Wedoff |
| Debtors. | ) | |

## SUMMARY OF DIMONTE & LIZAK, LLC'S
## FEE APPLICATION AND ADDITIONAL DISCLOSURES

1.  Name of Applicant:                    DiMonte & Lizak, LLC

2.  Role of Applicant:                    Counsel for Trustee

3.  Name of Certifying
    Professional:                         Ira P. Goldberg

4.  Name of Person/Entity
    Reviewing Petition:                   Richard J. Mason, Trustee

5.  Result of Petition Review:            __X__ Approved ____ Disapproved

6.  Explanation of Disapproval:           Not Applicable

7.  Is Compensation Being
    Sought Pursuant to
    11 U.S.C. § 503(b)?                    ____ Yes _X_ No

8.  Terms of Employment                   Hourly rates/ 11 U.S.C. § 330, et seq.
                                          As per court order.

9.  Promised Payment:                     N/A

10. Source(s) of Compensation:            Monetary recoveries of the Estate.

11. Terms of Any Retainer:                N/A

12. Applicable caps
    on compensation or
    other charges:                        N/A

                                                    **EXHIBIT A**

13. Is compensation being
    sought less than 120 days
    after the order for relief:                    ___Yes  _X_ No

14. Date and terms of order,
    if any, allowing shortened
    interval for fee petitions:                    N/A

15. Date of Fee Application:                       At final hearing

16. Dates of Services                              March 3, 2011 through and including the closing
    Reimbursement Sought:                          of the case

17. Total Gross Amount of
    Requested Professional
    Fees (from Exhibit B)                          $13,750.00

18. Remaining Non-Awarded
    Fee Retainer Received                          N/A

19. Remaining Non-Awarded
    Professional Fee Payments
    From Other Sources                             N/A

20. TOTAL "NET" AMOUNT
    OF REQUESTED
    PROFESSIONAL FEE                               $13,750.00

21. Total Gross Amount of Requested
    Reimbursement of Disbursements
    and Expenses (from Exhibit **C**)              $273.03

22. Remaining Non-Awarded
    Cost Retainer Received                         $ N/A

23. Remaining Non-Awarded
    Other Cost Payments                            $ N/A

24. TOTAL "NET" AMOUNT
    OF REQUESTED
    DISBURSEMENT                                   $14,023.03

25. TOTAL NET REQUESTED
    AWARD (FEES & COSTS
    FOR FEE APPLICATION)                           $14,023.03

## CASE INFORMATION

| | | |
|---|---|---|
| 1. | Date Case Filed: | December 30, 2010 |
| 2. | Date of Order Approving Retention | March 30, 2011 (Effective March 3, 2011) |
| 3. | Date Services Commenced: | On or about March 3, 2011 |
| 4. | Date(s) and Source(s) of Retainer: | N/A |
| 5. | Total Amount of Fee Retainer Received: | N/A |
| 6. | Total Amount of Cost Retainer Received: | N/A |
| 7. | Date of Disclosure of Compensation (FRBP 2016): | N/A |
| 8. | Date Plan Filed: | N/A |
| 9. | Date Disclosure Statement Filed: | N/A |
| 10. | Expected Date of Plan Filing: | N/A |
| 11. | Expected Date of Disclosure Statement Filing: | N/A |
| 12. | Have All Quarterly Fees Been Paid to the United States Trustee?: Explanation: | N/A |
| 13. | Have all monthly operating reports been filed?: Explanation: | N/A |
| 14. | Cash on Hand | Approx. $27,000.00 |
| 15. | Unencumbered Funds on Hand | Approx. $27,000.00 |

16.   Accrued Administrative Expenses                    $ Unknown

    a.      Attorney Fees
       and Expenses:                                $  Unknown  -  Fee Applications
                                                    Pending

    b.      DIP Obligations:                         $ NONE

    c.      Accountants Fees
       and Expenses                                 $ Undetermined

    d.      Requested Chapter
       7 Trustee Fee                                $ Undetermined

    e.      Chapter 11
       Trustee Fee                                  $ N/A

    f.      Other:                                   $ Total unknown

17.   Total Prior Interim
    Professional Fees Awarded                       $ N/A

18.   Total Prior Interim
    Expenses Awarded:                               $N/A

19.   Total Professional Fee
    Payments From Other Sources:                    $N/A

    (a)     (Date: _____; $_____)

20.   Total Cost Payments From
    Other Sources:                                  $N/A

    (a)     (Date: _____; $_____)
    (b)     (Date: _____; $ _____)

**EXHIBIT A - SUMMARY SHEET**

In Re:

Lee W. Carpenter.,
Patricia L. Carpenter

Debtors.

) Chapter 7
) 10-57334
)
)
) Hon. Eugene R. Wedoff
) Bankruptcy Judge

| | |
|---|---|
| Fees Previously Requested | N/A |
| Fees Previously Awarded | N/A |
| Expenses Previously Requested | N/A |
| Expenses Previously Awarded | N/A |
| Retainer Paid | $-0- |
| NAME OF APPLICANT: | DiMonte & Lizak, LLC |
| ROLE IN THE CASE: | Role in Case: Counsel for the Trustee |

| CURRENT APPLICATION: | |
|---|---|
| Fees Requested: | $13,750.00 |
| Expenses Requested: | $   273.03 |
| Total: | $14,023.03 |

**FEE APPLICATION**

**ATTORNEYS**

| | | | | | |
|---|---|---|---|---|---|
| Ira P. Goldberg (Developmental Partner) | 1983 | 98.45 hours | $310.00-320.00 | $ | 26,133.00 |
| Jeff S. McDonald (Developmental Partner) | 1987 | 3.8 hours | $300.00 | $ | 1,140.00 |

| | | |
|---|---|---|
| Total: | 102.25 hours | $27,273.00 |

| | |
|---|---|
| | $27,273.00 |
| Limited to | $13,750.00 |

**TOTAL BLENDED HOURLY RATE:**   $134.47

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

January 31, 2012

RICHARD J MASON, TRUSTEE
L.W. & P.L. CARPENTER BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#   0
Client#   CARPL1        00001
Billing through   01/31/2012

**CASE ADMINISTRATION**
**LEE W & PATRICIA L CARPENTER**
**CHAPTER 7   10-57334**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

<u>PROFESSIONAL SERVICES</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 03/10/2011 | | 1.60 | 1.60 | 310.00 | 496.00 |
| 03/10/2011 | IPG | Working on retention Motion, Order and affidavit for D&L(.60); Motion to Retain accountant and draft order(.40); correspond with B Steinberg the proposed accountant regarding same(.40); correspond with Trustee regarding same(.20) | | 1.60  hrs. | | 496.00 |
| IPG | 03/11/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 03/11/2011 | IPG | Finalizing Motion to be filed to Retain D&L, Affidavit and Order(.40); finalizing Motion to be filed to  Retain Accountant and draft order(.20) | | 0.60  hrs. | | 186.00 |
| IPG | 03/29/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 03/29/2011 | IPG | Review retention Motions and related documents(.20); review court dockets regarding same(.20) | | 0.40  hrs. | | 124.00 |
| IPG | 03/30/2011 | | 1.10 | 1.10 | 310.00 | 341.00 |
| 03/30/2011 | IPG | Prepared for(.40) and appeared on Retention Motions for D&L and Accountant(.50); Follow up with R Mason and B Steinberg about entry of retention orders(.20) | | 1.10  hrs. | | 341.00 |
| IPG | 05/16/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 05/16/2011 | IPG | Follow up with Trustee and K McFarland, his assistant, about status of 341 meeting | | 0.40  hrs. | | 124.00 |

TOTAL PROFESSIONAL SERVICES                    $1,271.00

<u>Billing Summary</u>
Total professional services                    $1,271.00
Total of new charges for this invoice          $1,271.00


EXHIBIT
B

CARPL1        CARPENTER, LEE & PATRICIA                        Invoice#    0                Page  2

---

**Total balance now due**                    **$1,271.00**

IPG                            4.10        310.00            $1,271.00

                              4.10                        $1,271.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

January 31, 2012

|  |  |  |
|---|---|---|
| Invoice# | 0 |  |
| Client# | CARPL1 | 00002 |
| Billing through | 01/31/2012 |  |

RICHARD J MASON, TRUSTEE
L.W. & P.L. CARPENTER BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

---

**CREDITORS & CLAIMS**
**LEE W & PATRICIA L CARPENTER**
**CHAPTER 7    10-57334**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 03/31/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 03/31/2011 | IPG | Confer with Bob Grossman who represents a landlord | | 0.20 hrs. | | 62.00 |
| IPG | 04/14/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 04/14/2011 | IPG | Follow up with K McFarland regarding Bob Grossman's request to be advised if the 341 has a continued date | | 0.20 hrs. | | 62.00 |
| IPG | 04/15/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 04/15/2011 | IPG | Correspond with B Grossman to advise regarding the 341 meeting and to tell him to contact K McFarland if he has any questions | | 0.10 hrs. | | 31.00 |
| IPG | 04/27/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 04/27/2011 | IPG | Confer with R Grossman and advised him there were no recovered assets yet, but to advise his client to tell him immediately if a notice is mailed out by the court setting a bar date for claims | | 0.10 hrs. | | 31.00 |
| IPG | 06/07/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 06/07/2011 | IPG | Review letter from(.10) and drafted responsive letter to Robert Grossman on behalf of a landlord(.10) | | 0.20 hrs. | | 62.00 |
| IPG | 09/13/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 09/13/2011 | IPG | Confer with Bob Grossman about case status(.10); instructed P Hogan to include Bob Grossman on long service list for a potential sale or settlement(no charge for last portion of this entry) | | 0.10 hrs. | | 31.00 |
| IPG | 10/24/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 10/24/2011 | IPG | Confer with Park Ridge Fire(.10); Correspond with Trustee about issuing an asset notice and setting a | | 0.20 hrs. | | 0.00 |

claims bar date(.10)(no charge)

| IPG | 11/18/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
|---|---|---|---|---|---|---|
| 11/18/2011 | IPG | Review bar date notice on ECF(.10); follow-up to have same sent to R Grossman(.10)(no charge) | | 0.20 hrs. | | 0.00 |
| IPG | 12/08/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 12/08/2011 | IPG | Receive and review Chase Proof of Claim(no charge) | | 0.20 hrs. | | 0.00 |
| IPG | 12/12/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 12/12/2011 | IPG | Review claim 4 received on ECF from Chase(no charge) | | 0.20 hrs. | | 0.00 |
| IPG | 12/14/2011 | | 0.40 | 0.40 | 310.00 | 0.00 |
| 12/14/2011 | IPG | Receive on ECF and review claims 5, 6 and 7(.40-no charge) | | 0.40 hrs. | | 0.00 |
| IPG | 12/23/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 12/23/2011 | IPG | Review two claims filed by Beckett and Lee on behalf of Amex(no charge) | | 0.20 hrs. | | 0.00 |
| IPG | 01/31/2012 | | 0.40 | 0.40 | 320.00 | 0.00 |
| 01/31/2012 | IPG | Reviewing two claims received on ECF today(no charge) | | 0.40 hrs. | | 0.00 |

TOTAL PROFESSIONAL SERVICES                $279.00

Billing Summary
Total professional services                    $279.00
Total of new charges for this invoice          $279.00

**Total balance now due**                      **$279.00**

| IPG | | 2.70 | 103.33 | | $279.00 |
|---|---|---|---|---|---|
| | | 2.70 | | | $279.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

January 31, 2012

| | |
|---|---|
| Invoice# | 0 |
| Client# | CARPL1 00003 |
| Billing through | 01/31/2012 |

RICHARD J MASON, TRUSTEE
L.W. & P.L. CARPENTER BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR STE 4100
CHICAGO, IL 60601

---

## GENERAL DISCOVERY & INVESTIGATION
## LEE W & PATRICIA L CARPENTER
## CHAPTER 7 10-57334

Payments received since last invoice $0.00

Balance brought forward $0.00

PROFESSIONAL SERVICES

| IPG | 03/03/2011 | | 1.50 | 1.50 | 310.00 | 465.00 |
|---|---|---|---|---|---|---|
| 03/03/2011 | IPG | Review memo fro K McFarland(.20); began reviewing file on line(1.30) | 1.50 | hrs. | | 465.00 |
| IPG | 03/04/2011 | | 2.30 | 2.30 | 310.00 | 713.00 |
| 03/04/2011 | IPG | Continued review of file regarding potential assets(1.00); confer with K McFarland(.20) and add in W Factor(.10); drafted inquiries to W Factor for the debtors(1.00) | 2.30 | hrs. | | 713.00 |
| IPG | 03/07/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 03/07/2011 | IPG | Reviewing file regarding correspondence sent Friday 3/4/11 to Debtor's counsel, Bill Factor(.20); drafted follow up e-mail related to the Florida Properties(.20); correspond further with W Factor regarding Florida Property and other areas of inquiry(.40) | 0.80 | hrs. | | 248.00 |
| IPG | 03/08/2011 | | 1.90 | 1.90 | 310.00 | 589.00 |
| 03/08/2011 | IPG | Correspond with W Factor regarding the Florida Real Estate(.50); further correspondence with W Factor about the Mexican Trust Agreements to purchase condos(.40) and began to review Trust documents(1.00) | 1.90 | hrs. | | 589.00 |
| IPG | 03/09/2011 | | 0.90 | 0.90 | 310.00 | 279.00 |
| 03/09/2011 | IPG | Reviewing Mexican Condo Trusts(.50) and follow up with W Factor regarding same and other matters(.40) | 0.90 | hrs. | | 279.00 |
| IPG | 03/10/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 03/10/2011 | IPG | Follow up with W Factor, debtor's counsel, to inquire about potential assets | 0.40 | hrs. | | 124.00 |

CARPL1      CARPENTER, LEE & PATRICIA                Invoice#   0                    Page  2

| IPG | 03/10/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
|-----|-----------|---|------|------|--------|--------|
| 03/10/2011 | IPG | Investigation regarding relator in Florida(.40); correspond with F Boland, a broker in Florida(.40); correspond with R Mason(.10) and B Factor about same and to see if the debtor or someone related would consider making an offer for certain assets with equity(.10) | | 1.00 hrs. | | 310.00 |
| IPG | 03/21/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 03/21/2011 | IPG | Follow up with W Factor regarding status of the unanswered inquiries | | 0.10 hrs. | | 31.00 |
| IPG | 03/22/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 03/22/2011 | IPG | Reviewing open inquiries to Debtor thru his counsel | | 0.40 hrs. | | 124.00 |
| IPG | 03/24/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 03/24/2011 | IPG | Confer with W Factor who will follow up with debtor on the Trustee's outstanding questions about potential assets | | 0.40 hrs. | | 124.00 |
| IPG | 03/25/2011 | | 1.60 | 1.60 | 310.00 | 496.00 |
| 03/25/2011 | IPG | Reviewed correspondence from W Factor regarding inquiries related to insurances claims that he advises were resolved and dissipated prior to the filing; the sale of a 2003 BMW to Mr Carpenter's brother on 10/31/10, and the $5K payment to his father in November 2010(.60); correspond further with W Factor regarding same(.60); review schedules regarding certain assets with potential equity(.40) | | 1.60 hrs. | | 496.00 |
| IPG | 03/28/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 03/28/2011 | IPG | Review correspondence regarding repayment of $5K to father and 2003 BMW sold to Debtor's brother | | 0.40 hrs. | | 124.00 |
| IPG | 03/31/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 03/31/2011 | IPG | Correspond with B Factor regarding 341 and outstanding inquiries(.20); reviewing open inquiries(.40) | | 0.60 hrs. | | 186.00 |
| IPG | 04/04/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 04/04/2011 | IPG | Continued file review regarding potential assets | | 0.40 hrs. | | 124.00 |
| IPG | 04/07/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 04/07/2011 | IPG | Reviewing March 7 correspondence to W Factor(.20) and follow up with him regarding matters requiring attention(.40) | | 0.60 hrs. | | 186.00 |
| IPG | 04/14/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 04/14/2011 | IPG | Review correspondence from B Factor regarding his expectations that answers will be provided next week | | 0.10 hrs. | | 31.00 |
| IPG | 04/21/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 04/21/2011 | IPG | Reviewing file concerning(.40) and follow up with B Factor about Mexican Trusts(.20) | | 0.60 hrs. | | 186.00 |

CARPL1        CARPENTER, LEE & PATRICIA                        Invoice#    0                        Page    3

| | | | | | |
|---|---|---|---|---|---|
| IPG | 04/22/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 04/22/2011 | IPG | Preliminary review of information provided on Interra and Rosemont Taxi. | 1.00 hrs. | | 310.00 |
| IPG | 04/25/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 04/25/2011 | IPG | Correspond with B Steinberg about Interra(.20); review schedules regarding same(.20); correspond with W Factor regarding shareholder loans to Interra and whether any were made by the debtor(.10) | 0.50 hrs. | | 155.00 |
| IPG | 04/27/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 04/27/2011 | IPG | Reviewing file concerning and working on summary of outstanding questions to debtor's counsel | 0.50 hrs. | | 155.00 |
| IPG | 04/29/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 04/29/2011 | IPG | Reviewing file regarding areas in which the debtor owes additional explanations(.50); drafted e-mail to W Factor outlining same and requesting follow up and an eventual meeting(.50) | 1.00 hrs. | | 310.00 |
| IPG | 05/03/2011 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 05/03/2011 | IPG | Correspond with B Steinberg regarding Interra Financials(.20); correspond with R Mason regarding same(.10) | 0.30 hrs. | | 93.00 |
| IPG | 05/04/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 05/04/2011 | IPG | Review e-mail from W Factor along with promissory notes of shareholders in Interra(.20); correspond with W Factor to make inquiries regarding same(.20) | 0.40 hrs. | | 124.00 |
| IPG | 05/10/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 05/10/2011 | IPG | Reviewing file regarding Interra(.40); correspond with D Arena regarding same(.10) | 0.50 hrs. | | 155.00 |
| IPG | 05/16/2011 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 05/16/2011 | IPG | Pulling documentation for J McDonald's review regarding Interra(.40); correspond with J McDonald regarding Interra(.20); confer with J McDonald regarding same(.10) | 0.70 hrs. | | 217.00 |
| JSM | 05/18/2011 | | 2.00 | 2.00 | 300.00 | 600.00 |
| 05/18/2011 | JSM | Review financial statements and promissory notes regarding Interra. | 2.00 hrs. | | 600.00 |
| IPG | 05/18/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 05/18/2011 | IPG | Review e-mail from W Factor(.20); drafted follow up e-mail to same requesting $5K and further information(.40) | 0.60 hrs. | | 186.00 |
| IPG | 06/04/2011 | | 1.80 | 1.80 | 310.00 | 558.00 |
| 06/04/2011 | IPG | Reviewing file regarding outstanding questions to W Factor(.40); drafted e-mail to same outlining outstanding inquiries(.40); continued review of the file related to potential assets(.60); drafted follow up e-mail to W Factor regarding open areas of inquiry about potential assets(.40) | 1.80 hrs. | | 558.00 |

CARPL1       CARPENTER, LEE & PATRICIA                                     Invoice#   0                    Page  4

| IPG | 06/08/2011 | | | 0.10 | 0.10 | 310.00 | 31.00 |
|-----|------------|--|--|------|------|--------|-------|
| 06/08/2011 | IPG | Review correspondence from W Factor regarding outstanding inquiries(.05) and respond to his request for a conference tomorrow(.05) | | 0.10 hrs. | | | 31.00 |
| **IPG** | **06/09/2011** | | | **1.00** | **1.00** | **310.00** | **310.00** |
| 06/09/2011 | IPG | Met with J McDonald regarding Interra(.10); prepare for conference call with Debtor's counsel, by reviewing outstanding questions and potential assets(.50); conference call with B Factor regarding potential assets with value(.40) | | 1.00 hrs. | | | 310.00 |
| **IPG** | **06/17/2011** | | | **0.40** | **0.40** | **310.00** | **124.00** |
| 06/17/2011 | IPG | Reviewing file(.20); correspond with W Factor regarding outstanding requests for information(.20) | | 0.40 hrs. | | | 124.00 |
| **IPG** | **06/20/2011** | | | **0.10** | **0.10** | **310.00** | **31.00** |
| 06/20/2011 | IPG | Follow up related to Rosemont Taxi | | 0.10 hrs. | | | 31.00 |
| **IPG** | **06/21/2011** | | | **0.40** | **0.40** | **310.00** | **124.00** |
| 06/21/2011 | IPG | Reviewing file and drafted e-mail to William Factor regarding outstanding inquiries | | 0.40 hrs. | | | 124.00 |
| **IPG** | **06/22/2011** | | | **0.10** | **0.10** | **310.00** | **31.00** |
| 06/22/2011 | IPG | Review e-mail from W Factor regarding the Trustee's outstanding requests for information and his hope to provide that information in the near future | | 0.10 hrs. | | | 31.00 |
| **IPG** | **06/28/2011** | | | **0.80** | **0.80** | **310.00** | **248.00** |
| 06/28/2011 | IPG | Review e-mail from W Factor regarding my inquiries concerning potential assets(.40); Outline further inquiries concerning same (.40) | | 0.80 hrs. | | | 248.00 |
| **IPG** | **06/29/2011** | | | **0.40** | **0.40** | **310.00** | **124.00** |
| 06/29/2011 | IPG | Correspond with W Factor regarding status of case | | 0.40 hrs. | | | 124.00 |
| **IPG** | **07/13/2011** | | | **0.50** | **0.50** | **310.00** | **155.00** |
| 07/13/2011 | IPG | Reviewing correspondence from B Factor(.10); drafted follow up inquiries to same(.40) | | 0.50 hrs. | | | 155.00 |
| **IPG** | **07/18/2011** | | | **0.20** | **0.20** | **310.00** | **62.00** |
| 07/18/2011 | IPG | Correspond with W Factor to try to set a meeting and to request contact information for persons related to Interra | | 0.20 hrs. | | | 62.00 |
| **IPG** | **07/20/2011** | | | **0.10** | **0.10** | **310.00** | **31.00** |
| 07/20/2011 | IPG | Correspond with W Factor about Interra and need for contact information of related persons to same | | 0.10 hrs. | | | 31.00 |
| **IPG** | **07/21/2011** | | | **1.20** | **1.20** | **310.00** | **372.00** |
| 07/21/2011 | IPG | Reviewing correspondence concerning Interra(.20); correspond with W Factor regarding same and whether the debtor or related parties will make any offers(.40); left message for J Skiersch(nc); conferred with S Skiersch regarding stock issue(.20); research on line related to Anders Hsi(.40) | | 1.20 hrs. | | | 372.00 |
| **IPG** | **07/25/2011** | | | **0.90** | **0.90** | **310.00** | **279.00** |
| 07/25/2011 | IPG | Review e-mail from W Factor providing contact | | 0.90 hrs. | | | 279.00 |

information and other information about Anders
Hsi and Bill Wallace(.10); attempt to reach Anders
Hsi to no avail-the contact information is stale(.20);
correspond with B Wallace and try to reach him via
telephone-phone has a reorder busy-e-mail
apparently reached him(.20); attempts to reach the
correct John Buhler regarding Interra (.40)

| IPG | 07/26/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
|---|---|---|---|---|---|---|
| 07/26/2011 | IPG | Reviewing file regarding potential assets(.40); correspond with W Factor regarding same and to set meeting(.20); follow up regarding Interra ( No charge) | 0.60 hrs. | | | 186.00 |
| IPG | 07/27/2011 | | 1.80 | 1.80 | 310.00 | 558.00 |
| 07/27/2011 | IPG | Investigations regarding Interra, inclusive of contacting some parties who might be interested in kicking the tires concerning the estate's 67.55 interest in the stock(.60); Follow up  with Mr Jones(.40) and Mr Jackson concerning same(.40); prepare to (.20) and confer with D Beederman on behalf of J Skiersch(.20) | 1.80 hrs. | | | 558.00 |
| JSM | 07/29/2011 | | 0.80 | 0.80 | 300.00 | 240.00 |
| 07/29/2011 | JSM | Meeting with Ira P. Goldberg and the Carpenters and their counsel. | 0.80 hrs. | | | 240.00 |
| IPG | 07/29/2011 | | 2.80 | 2.80 | 310.00 | 868.00 |
| 07/29/2011 | IPG | Prepare for meeting with W Factor and the debtor(1.00); correspond and confer with someone that has an interest in Interra(.20); correspond with W Factor incident to the meeting(.20); review Illinois filings related to Interra(1.00--no charge for this portion of the time);  meet with W Factor, Lee and Patricia Carpenter-Jeff McDonald present for the  portion of meeting  concerning Interra(1.20); follow up with Mr Jones after same(.20) | 2.80 hrs. | | | 868.00 |
| IPG | 08/03/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/03/2011 | IPG | Correspond with Mr Jones(.10); correspond with W Factor to inquire when the estate can expect an offer(.10) | 0.20 hrs. | | | 62.00 |
| IPG | 08/11/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/11/2011 | IPG | Confer with R Mason regarding case status(.10); conferred with D Beederman regarding case status and advised of continued dates and  expectation of some type of offer from the debtor and that we were keeping other potential  options open as well(.10) | 0.20 hrs. | | | 62.00 |
| IPG | 08/25/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 08/25/2011 | IPG | Follow up with W Factor regarding status of anticipated offer(no charge) | 0.10 hrs. | | | 0.00 |
| IPG | 08/29/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/29/2011 | IPG | Correspond with debtor's counsel to inquire where his client is at on the anticipated offer(.10); correspond with C Jones regarding Interra(.10) | 0.20 hrs. | | | 62.00 |

| IPG | 08/30/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
|-----|------------|---|------|------|--------|-------|
| 08/30/2011 | IPG | Correspond with C Jones regarding Interra | | 0.20 hrs. | | 62.00 |
| IPG | 08/31/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 08/31/2011 | IPG | Conferring with C Jones regarding Interra(.20); Pulling and providing B Wallace contact information to same(.10);  corresponding with D Beederman to inquire about the minority interest shareholder's interest in either helping out L Carpenter or submitting an offer for the Interra Stock(.20) | | 0.50 hrs. | | 155.00 |
| IPG | 09/21/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 09/21/2011 | IPG | Drafted e-mail to W Factor requesting  the immediate turnover of $16.5K related to the Arizona Property and suggesting options regarding the equity in certain assets (more time expended than billed) | | 0.60 hrs. | | 186.00 |
| IPG | 09/22/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 09/22/2011 | IPG | Correspond with L Gambino, counsel for the minority interest holder of Interra to see if they have an interest in either a purchase of all the stock or to obtain enough to control the majority | | 0.10 hrs. | | 31.00 |

TOTAL PROFESSIONAL SERVICES                    $11,597.00

Billing Summary
Total professional services                $11,597.00
Total of new charges for this invoice        $11,597.00

**Total balance now due**                        **$11,597.00**

| | IPG | 34.80 | 309.11 | $10,757.00 |
|---|-----|-------|--------|-----------|
| | JSM | 2.80 | 300.00 | $840.00 |
| | | 37.60 | | $11,597.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

February 29, 2012

|  |  |  |
|---|---|---|
| Invoice# | 0 | |
| Client# | CARPL1 | 00015 |
| Billing through | 02/29/2012 | |

RICHARD J MASON, TRUSTEE
L.W. & P.L. CARPENTER BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

---

**FEE PETITIONS**
**LEE W & PATRICIA L CARPENTER**
**CHAPTER 7   10-57334**

Payments received since last invoice                                $0.00

Balance brought forward                                $0.00

| IPG | 02/03/2012 | | 1.00 | 1.00 | 320.00 | | 0.00 |
|---|---|---|---|---|---|---|---|
| 02/03/2012 | IPG | Initial work on First and Final Fee Application and related documents(no charge) | | 1.00 hrs. | | | 0.00 |

Billing Summary
Total of new charges for this invoice          _____ $0.00
                                                _____

| IPG | | 1.00 | 0.00 | | $0.00 |
|---|---|---|---|---|---|
| | | 1.00 | | | $0.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

January 31, 2012

| | | |
|---|---|---|
| RICHARD J MASON, TRUSTEE | Invoice# | 0 |
| L.W. & P.L. CARPENTER BANKRUPTCY | Client# | CARPL1   00023 |
| MCGUIRE WOODS LLP | Billing through | 01/31/2012 |
| 77 W WACKER DR   STE 4100 | | |
| CHICAGO, IL  60601 | | |

**SALE OF ASSETS**
**LEE W & PATRICIA L CARPENTER**
**CHAPTER 7   10-57334**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

<u>PROFESSIONAL SERVICES</u>

| | | | | | |
|---|---|---|---|---|---|
| IPG | 09/01/2011 | 0.10 | 0.10 | 310.00 | 31.00 |
| 09/01/2011 | IPG | Correspond with W Factor regarding promised offer related to assets | 0.10 hrs. | | 31.00 |
| IPG | 09/08/2011 | 1.30 | 1.30 | 310.00 | 403.00 |
| 09/08/2011 | IPG | Confer with D Beederman to see if his client, the minority shareholder, has an interest in buying out the majority stock interest, subject to competitive bidding(.20); correspond with same to outline terms of an offer I would be willing to recommend to the Trustee and if he is on board to the court(.20); correspond with C Jones regarding same(.20); confer with (.10) and correspond with W Factor to inquire if an offer would be forthcoming for the stock interests and other assets(.40); discuss same with R Mason(.20) | 1.30 hrs. | | 403.00 |
| IPG | 09/09/2011 | 0.20 | 0.20 | 310.00 | 0.00 |
| 09/09/2011 | IPG | Review correspondence from W Factor forwarding offer for $15K for the estate's interest in certain assets and advised that I would examine this further upon my return next week | 0.20 hrs. | | 0.00 |
| IPG | 09/13/2011 | 1.90 | 1.90 | 310.00 | 589.00 |
| 09/13/2011 | IPG | Review correspondence from D Beederman regarding Interra stock(.10); correspond with same to inquire about the prospects of selling some portion thereof to Jason Skiersch(.20); Review offer from Debtors regarding certain assets(.40); Reviewing file to craft counteroffer(.80); Drafted counteroffer concerning the potential sale of certain interests to the debtors(.40) | 1.90 hrs. | | 589.00 |

CARPL1      CARPENTER, LEE & PATRICIA                                    Invoice#   0                        Page  2

| IPG | 09/14/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 09/14/2011 | IPG | Review message from (no charge) and correspond with D Beederman, on behalf of the minority shareholder in Interra, to see if an offer was forthcoming either to obtain a majority interest or to fully buy out the interest of the estate(.20) | 0.20 hrs. | | | 62.00 |
| IPG | 09/16/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 09/16/2011 | IPG | Left messages for W Factor to inquire if we could expect a counteroffer regarding equity in assets(.10 no charge); follow up with counsel for minority interest leaving same a voicemail(.10 no charge); review revised offer from the Debtors' which seems to backtrack(.10); correspond with B Factor related to same(.40) | 0.50 hrs. | | | 155.00 |
| IPG | 09/20/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/20/2011 | IPG | Reviewing file(.20) and correspond with W Factor to inquire as to any updates concerning the debtors' offer related to certain asset equity(.20) | 0.40 hrs. | | | 124.00 |
| IPG | 09/26/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 09/26/2011 | IPG | Reviewing file regarding options for debtor's anticipated offer for certain assets(.40); review message from W Factor concerning same(no charge); confer with W Factor and J Paulsen regarding the fact that they now intend to file a motion to abandon and in light of same suggested a middle ground that I would be willing to recommend to the trustee of $25K-they will get back to me after discussing same with Mr. Carpenter(.20) | 0.60 hrs. | | | 186.00 |
| IPG | 09/28/2011 | | 2.60 | 2.60 | 310.00 | 806.00 |
| 09/28/2011 | IPG | Correspond with R Mason about marching orders and authority to settle equity issues regarding the debtors' assets(.40); correspond with debtors' counsel concerning same(.40); agree to a tentative deal with debtors' counsel to ultimately recommend to the court to sell the debtors' the equity interests in various assets, subject to a 10% bidding cushion on each asset(.40); correspond with R Mason concerning same(.20); working on draft Motion to Approve Sale and for Other Relief and related draft order(1.20) | 2.60 hrs. | | | 806.00 |
| IPG | 09/30/2011 | | 1.40 | 1.40 | 310.00 | 434.00 |
| 09/30/2011 | IPG | Continued work on Draft Motion to Sell, related draft order(1.00) and work on draft exhibit thereto(.40)(more time expended than billed) | 1.40 hrs. | | | 434.00 |
| IPG | 10/03/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 10/03/2011 | IPG | Continued work on sale motion, draft order and draft exhibit(1.00); | 1.00 hrs. | | | 310.00 |
| IPG | 10/06/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/06/2011 | IPG | Correspond with W Factor concerning status of money and the pleadings concerning the Motion to | 0.20 hrs. | | | 62.00 |

Approve sale(.20); review correspondence from
concerning same from B Factor(no charge for this
portion of the entry)

| IPG | 10/11/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
|-----|------------|---|------|------|--------|-------|
| 10/11/2011 | IPG | Review file and correspond with W Factor regarding whether the $15K downstroke is in his clients' funds yet and regarding whether any tweaks are requested to the draft pleadings | 0.20 hrs. | | | 62.00 |

| IPG | 10/13/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
|-----|------------|---|------|------|--------|--------|
| 10/13/2011 | IPG | Review correspondence from(.10) and correspond with B Factor(.40) regarding his receipt of the initial $15K out of $25K that will be held by him in clients' funds and advising he will call me today to discuss any tweaks to the Motion to Authorize Sale(s) and the related draft order; confer with same(.10) | 0.60 hrs. | | | 186.00 |

| IPG | 10/14/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
|-----|------------|---|------|------|--------|--------|
| 10/14/2011 | IPG | Review correspondence from W Factor regarding Motion to Approve Sale and related documents(.40); correspond with B Factor regarding same(.40) | 0.80 hrs. | | | 248.00 |

| IPG | 10/17/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
|-----|------------|---|------|------|--------|--------|
| 10/17/2011 | IPG | Review correspondence from W Factor regarding proposed Motion and related documents(.20); Correspond with W Factor regarding same(.40); confer with W Factor regarding same(.20); follow up with W Factor(.20) and P Hogan (.20) regarding draft pleadings(more time expended than billed) | 1.00 hrs. | | | 310.00 |

| IPG | 10/18/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
|-----|------------|---|------|------|--------|--------|
| 10/18/2011 | IPG | Follow up with W Factor to inquire when he would forward any suggested changes to the Motion and Order to me(.10); correspond with W Factor regarding suggestions as to the Motion(.20); drafted handwritten suggestions to attempt to solve any issues and forwarded same to W Factor for review(.40); confer with with W Factor who will consult with his client and get back to me on the draft Motion and Order(.10) | 0.80 hrs. | | | 248.00 |

| IPG | 10/19/2011 | | 1.10 | 1.10 | 310.00 | 341.00 |
|-----|------------|---|------|------|--------|--------|
| 10/19/2011 | IPG | Reviewing draft pleadings(.10); correspond with W Factor regarding same(.10); confer with B Factor regarding changes to draft Motion(.10); reviewing and revising same to forward to W Factor(.40); correspond with W Factor and other parties in interest regarding the proposed revisions to the Motion, Order and Exhibits(.40) | 1.10 hrs. | | | 341.00 |

| IPG | 10/20/2011 | | 0.25 | 0.25 | 310.00 | 0.00 |
|-----|------------|---|------|------|--------|------|
| 10/20/2011 | IPG | Left message for B Factor regarding the need to finalize the Motion and related documents for service and filing and complained that I had tendered the initial drafts back on 10/3/11(.05); | 0.25 hrs. | | | 0.00 |

CARPL1      CARPENTER, LEE & PATRICIA                    Invoice#   0              Page  4

correspond with W Factor regarding same(.20);

| IPG | 10/21/2011 | | 1.50 | 1.50 | 310.00 | 465.00 |
|-----|-----------|---|------|------|--------|--------|
| 10/21/2011 | IPG | Correspond with W Factor regarding agreement to recommend $27,500 and 10% cushion plus $15,150 exemption amount as upset price(.40); confer with H Goldenstein, the Estate's accountant, regarding same (.10); revise draft Motion, Exhibit A and Order accordingly(.40); drafted cover e-mail regarding proposed final changes to W Factor(.10); confer with P Hogan regarding same(.10); finalize same with W Factor for filing and service(.40) | 1.50 hrs. | | | 465.00 |
| IPG | 10/26/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/26/2011 | IPG | Confer with Tony Romando, a creditor representative, regarding his questions concerning the Motion to Authorize Sale | 0.20 hrs. | | | 62.00 |
| IPG | 10/27/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 10/27/2011 | IPG | Reviewing docket regarding lifting of stay on Arizona Property and related matters(no charge) | 0.20 hrs. | | | 0.00 |
| IPG | 10/31/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 10/31/2011 | IPG | Respond to inquiry of Claude Jones(no charge) | 0.20 hrs. | | | 0.00 |
| IPG | 11/07/2011 | | 0.40 | 0.40 | 310.00 | 0.00 |
| 11/07/2011 | IPG | Review sale motion and related matters up in court tomorrow(no charge) | 0.40 hrs. | | | 0.00 |
| IPG | 11/08/2011 | | 1.60 | 1.60 | 310.00 | 496.00 |
| 11/08/2011 | IPG | Prepared for(.50) and appeared on Motion to Authorize Sale(.50); follow-up with Trustee concerning same(.30); follow up with W Factor concerning same(.20); correspond with the estate's accountant Barry Steinberg regarding same(.10) | 1.60 hrs. | | | 496.00 |
| IPG | 11/09/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 11/09/2011 | IPG | Reviewing ECF notice and entered order on ECF(no charge) | 0.10 hrs. | | | 0.00 |
| IPG | 11/10/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 11/10/2011 | IPG | Correspond with K McFarland regarding $15K currently due to the estate and she will follow-up with W Factor(no charge) | 0.20 hrs. | | | 62.00 |
| IPG | 11/15/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 11/15/2011 | IPG | Correspond with K McFarland regarding status of payment due and related matters(no charge) | 0.10 hrs. | | | 0.00 |
| IPG | 11/16/2011 | | 0.40 | 0.40 | 310.00 | 0.00 |
| 11/16/2011 | IPG | Follow-up with K McFarland(.10) and W Factor(.10) regarding status of initial $15K due and the bar date to be set for claims; confer with P Hogan about Sale of Assets and updating the file in regards thereto(.20) (no charge for this time) | 0.40 hrs. | | | 0.00 |
| IPG | 11/17/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 11/17/2011 | IPG | Follow-up with K McFarland(.10) and W Factor(.10) regarding $15K received and the remaining payments that are due(no charge) | 0.20 hrs. | | | 0.00 |

CARPL1      CARPENTER, LEE & PATRICIA                                Invoice#   0                    Page 5

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/01/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 12/01/2011 | IPG | Review correspondence from K McFarland(.10) and correspond with same about monitoring and collection of payments of $6250 due 11/30 and 12/30(.10)(no charge) | 0.20 | hrs. | 0.00 |
| IPG | 01/09/2012 | | 0.30 | 0.30 | 320.00 | 0.00 |
| 01/09/2012 | IPG | Follow up with K McFarland and W Factor regarding status of 11/30 and 12/30 payments that were due(.20); review responsive e-mail from K McFarland(.10) | 0.30 | hrs. | 0.00 |
| IPG | 01/18/2012 | | 0.20 | 0.20 | 320.00 | 0.00 |
| 01/18/2012 | IPG | Correspond with K McFarland regarding status of payments that are due under the Sale Order | 0.20 | hrs. | 0.00 |
| IPG | 01/23/2012 | | 0.10 | 0.10 | 320.00 | 0.00 |
| 01/23/2012 | IPG | Confer with K McFarland who advised she talked to the bank and that the two checks appear to have cleared | 0.10 | hrs. | 0.00 |
| IPG | 01/26/2012 | | 0.10 | 0.10 | 320.00 | 0.00 |
| 01/26/2012 | IPG | Confer with K McFarland, paralegal for the Trustee, regarding accounting for the payments related to the sale on the Form 1 and 2(no charge) | 0.10 | hrs. | 0.00 |

TOTAL PROFESSIONAL SERVICES                  $5,642.00

Billing Summary
Total professional services                    $5,642.00
Total of new charges for this invoice          $5,642.00

**Total balance now due**                      **$5,642.00**

        IPG                      21.15       266.76        $5,642.00

                                 21.15                     $5,642.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

March 2, 2012

RICHARD J MASON, TRUSTEE
L.W. & P.L. CARPENTER BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#   0
Client#   CARPL1      00028
Billing through   03/02/2012

## CLOSING OF CASE
## LEE W & PATRICIA L CARPENTER
## CHAPTER 7   10-57334

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

| IPG | 03/01/2012 | | 1.80 | 1.80 | 320.00 | 0.00 |
|-----|-----------|---|------|------|--------|------|
| 03/01/2012 | IPG | Reviewing claims 13 thru 15(.40); Confer with Amy at Joel Krieger's office regarding claim 15 of Missions of Rio Vista, they will review the matter and get back to me today(.10); left message for Robert Grossman to request amendment of Jet Properties claim to a general unsecured claim(.10); confer with Cathy Asaro regarding the Charlotte County Tax Collector claim number 13 and she will speak to her supervisor and advise asap(.20); working on first and final fee application(1.00) | | 1.80  hrs. | | 0.00 |
| IPG | 03/01/2012 | | 3.00 | 3.00 | 320.00 | 0.00 |
| 03/01/2012 | IPG | Anticipated time for 1) additional work related to the preparation and presentation of a first and final fee application; 2) discussions with the Trustee and parties in interest related to the closing of this case; and 3) appearance (s) related to the anticipated closing of this case. | | 3.00  hrs. | | 0.00 |

Billing Summary
Total of new charges for this invoice             $0.00

| | | | | | |
|---|---|---|---|---|---|
| IPG | | 4.80 | 0.00 | | $0.00 |
| | | 4.80 | | | $0.00 |

DI MONTE & LIZAK LLC
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

January 31, 2012

RICHARD J MASON, TRUSTEE
L.W. & P.L. CARPENTER BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  CARPL1        00030
Billing through  01/31/2012

---

**MEXICAN TRUST AGREEMENTS**
**LEE W & PATRICIA L CARPENTER**
**CHAPTER 7   10-57334**

Payments received since last invoice              $0.00

Balance brought forward                           $0.00

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 03/10/2011 | | 1.60 | 1.60 | 310.00 | 496.00 |
| 03/10/2011 | IPG | Work on draft letters regarding demands for returns of down payments for Point de Las Conchas(.60) and Las Palomas(.60); correspond with R Mason about proposed letters and received authority to send demand letters(.40) | 1.60 hrs. | | 496.00 |
| IPG | 03/11/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 03/11/2011 | IPG | Finalizing letters regarding Las Palomas(.40) and the Point at Las Conchas(.40) | 0.80 hrs. | | 248.00 |
| IPG | 03/21/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 03/21/2011 | IPG | Review correspondence from two former counsel Juan Francesco Moreno(.10) and Benjamin Aguilera(.10) advising they no longer represent The Worldwide Group | 0.20 hrs. | | 62.00 |
| IPG | 03/23/2011 | | 1.90 | 1.90 | 310.00 | 589.00 |
| 03/23/2011 | IPG | Review correspondence regarding Las Palomas(.60); drafted follow up e-mail to B Aguilera, a former counsel(.30) and to J Moreno, also a former counsel(.30); review e-mail from Juan Moreno referring me to Allen Camacho(.10); drafted correspondence to A Camacho(.60) | 1.90 hrs. | | 589.00 |
| IPG | 03/24/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 03/24/2011 | IPG | Review e-mail from B Aguilera about Las Palomas(.10); respond to same(.10) | 0.20 hrs. | | 62.00 |
| IPG | 03/25/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 03/25/2011 | IPG | Review correspondence from W Factor about the Pointe(.20); correspond further with W Factor concerning same(.40) | 0.60 hrs. | | 186.00 |

CARPL1        CARPENTER, LEE & PATRICIA                        Invoice#   0                        Page  2

| | | | | | |
|---|---|---|---|---|---|
| IPG | 04/05/2011 | | 1.90 | 1.90 | 310.00 | 589.00 |

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 04/05/2011 | IPG | Follow up with A Camacho who is said to have a connection to Las Palomas(.40); reviewing file follow up with J Moreno, former counsel regarding if he knows of other contacts for WWC who developed Las Palomas and other related matters(.40); review e-mail from A Camacho(.10); correspond further with R Mason(.10) and J Moreno regarding response from A Camacho(.40); use Google translator to send inquiries to A Camacho(.50) | 1.90  hrs. | | 589.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 04/06/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |

| | | | | |
|---|---|---|---|---|
| 04/06/2011 | IPG | Correspond with A Camacho en espanol | 1.00  hrs. | 310.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 05/18/2011 | | 3.10 | 3.10 | 310.00 | 961.00 |

| | | | | |
|---|---|---|---|---|
| 05/18/2011 | IPG | Research on Google related to Las Palomas(1.30) and the Pointe(1.20); confer with Chris McDonaugh in Tucson about his exposure to matters regarding Las Palomas, The Worldwide Group and Abigail Properties(.40); Attempt to correspond with several contact persons to no avail at Las Palomas and the Pointe-as to the Pointe sent some sort of search engine message to John Alty(.20---Only billed a small portion of this last part of the entry) | 3.10  hrs. | 961.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 06/04/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |

| | | | | |
|---|---|---|---|---|
| 06/04/2011 | IPG | Reviewing file regarding C McDonaugh who has had some involvement related to Las Palomas(.20); correspond with same to inquire if he knew of anyone who might handle this on a contingency of who might buy the estates rights in order to speculate(.20) | 0.40  hrs. | 124.00 |

TOTAL PROFESSIONAL SERVICES                            $3,627.00

Billing Summary
Total professional services                        $3,627.00
Total of new charges for this invoice              $3,627.00

Total balance now due                              **$3,627.00**

| | | | |
|---|---|---|---|
| IPG | 11.70 | 310.00 | $3,627.00 |
| | 11.70 | | $3,627.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

January 31, 2012

RICHARD J MASON, TRUSTEE
L.W. & P.L. CARPENTER BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  CARPL1      00031
Billing through  01/31/2012

---

**TELLURIDE CONDO-HOTEL UNIT**
**LEE W & PATRICIA L CARPENTER**
**CHAPTER 7   10-57334**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

PROFESSIONAL SERVICES

| IPG | 03/24/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
|-----|-----------|---|------|------|--------|--------|
| 03/24/2011 | IPG | Reviewing file(.40) and correspond with W Factor to request information on liens and value and also to request information on cash flow if any(.10) | | 0.50  hrs. | | 155.00 |

TOTAL PROFESSIONAL SERVICES                          $155.00

Billing Summary
Total professional services                    $155.00
Total of new charges for this invoice          $155.00

**Total balance now due**                      **$155.00**

| IPG | | 0.50 | 310.00 | $155.00 |
|-----|---|------|--------|---------|
| | | 0.50 | | $155.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

January 31, 2012

RICHARD J MASON, TRUSTEE
L.W. & P.L. CARPENTER BANKRUPTCY
MCGUIRE WOODS LLP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  CARPL1      00034
Billing through  01/31/2012

---

**OBJECTION TO EXEMPTIONS**
**LEE W & PATRICIA L CARPENTER**
**CHAPTER 7   10-57334**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

PROFESSIONAL SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| IPG | 05/18/2011 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 05/18/2011 | IPG | Review amendments to exemptions(.20); correspond with R Mason regarding same(.10) | | 0.30 hrs. | | 93.00 |
| IPG | 05/20/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 05/20/2011 | IPG | Began work on objection to debtor's exemptions in Interra and Rosemont Taxi | | 1.00 hrs. | | 310.00 |
| IPG | 06/08/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 06/08/2011 | IPG | Reviewing file regarding potential objection | | 0.20 hrs. | | 62.00 |
| JSM | 06/10/2011 | | 1.00 | 1.00 | 300.00 | 300.00 |
| 06/10/2011 | JSM | Revisions to objection regarding financial data. | | 1.00 hrs. | | 300.00 |
| IPG | 06/10/2011 | | 1.20 | 1.20 | 310.00 | 372.00 |
| 06/10/2011 | IPG | Reviewing e-mail from J McDonald with suggested inserts to objection to exemption election(.20); drafting updates to same(.60); reviewing loan file and tax return for Interra(.40); | | 1.20 hrs. | | 372.00 |
| IPG | 06/13/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 06/13/2011 | IPG | Continued work on Objection to Exemption claim regarding the Stock interests | | 1.00 hrs. | | 310.00 |
| IPG | 06/14/2011 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 06/14/2011 | IPG | Continued revisions to Objection to Exemptions regarding the stock(.40); review of long service list and instructing D Becker regarding same(.20) | | 0.60 hrs. | | 186.00 |
| IPG | 06/15/2011 | | 1.60 | 1.60 | 310.00 | 496.00 |
| 06/15/2011 | IPG | Correspond with D Becker regarding draft objection(.20); review and revise same(.80) and dictate draft Order denying exemption claims in stock(.20); correspond with R Mason Regarding | | 1.60 hrs. | | 496.00 |

CARPL1      CARPENTER, LEE & PATRICIA                Invoice#   0                    Page 2

same(.40)

| IPG | 06/16/2011 | | 1.40 | 1.40 | 310.00 | 434.00 |
|---|---|---|---|---|---|---|
| 06/16/2011 | IPG | Review Objection that was filed today(.40); follow up with W Factor regarding same(.10); reviewing Interra Website and forward link to R Mason and J McDonald(.40); research related to Interra stakeholders(.50) | | 1.40 hrs. | | 434.00 |
| IPG | 06/17/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 06/17/2011 | IPG | Conferred with R Grossman on behalf of a former landlord who called to compliment us on the objection and to discuss same | | 0.10 hrs. | | 31.00 |
| IPG | 06/27/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 06/27/2011 | IPG | Confer with R Grossman about the fact that this matter will be continued for 30 to 60 days | | 0.10 hrs. | | 31.00 |
| IPG | 06/28/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 06/28/2011 | IPG | Prepare for (.40) and appeared on status (.40); drafted follow up e-mail regarding same to Trustee and Debtor's counsel (.20) | | 1.00 hrs. | | 310.00 |
| IPG | 08/08/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 08/08/2011 | IPG | Correspond with W Factor regarding his suggestions for tomorrow's status | | 0.10 hrs. | | 31.00 |
| IPG | 08/09/2011 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 08/09/2011 | IPG | Correspond with debtor's counsel, B Factor concerning(.20); prepared for(.20); appearing on(.50); objection to exemptions; follow up concerning same(.10) | | 1.00 hrs. | | 310.00 |
| IPG | 09/07/2011 | | 1.50 | 1.50 | 310.00 | 465.00 |
| 09/07/2011 | IPG | Continued work on simultaneous brief due 9/20 and related research (more time expended than billed) | | 1.50 hrs. | | 465.00 |
| IPG | 09/08/2011 | | 2.10 | 2.10 | 310.00 | 0.00 |
| 09/08/2011 | IPG | Continued work on potentially needed Memorandum in Support of Objection | | 2.10 hrs. | | 0.00 |
| IPG | 09/14/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/14/2011 | IPG | Work on brief regarding Objections to Exemption Elections | | 0.40 hrs. | | 124.00 |
| IPG | 09/16/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/16/2011 | IPG | Refine brief in Support of Trustee's Objection to Exemptions | | 0.40 hrs. | | 124.00 |
| IPG | 09/19/2011 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 09/19/2011 | IPG | Correspond with R Mason to send draft Memorandum In Support of Objection Claim to same(.20); review correspondence from R Mason in response to same(.10)(more time expended than billed) | | 0.30 hrs. | | 93.00 |
| IPG | 09/20/2011 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 09/20/2011 | IPG | Review of Memorandum in support of Objections to Exemption Claims(.20); correspond with B Factor regarding his apparent belief that simultaneous briefs are not required(.40); | | 0.80 hrs. | | 248.00 |

· CARPL1    CARPENTER, LEE & PATRICIA                                Invoice#   0                        Page  3

conference call with Jeff Paulsen and Judge
Wedoff's clerk to verify that briefs are in fact due
and to extend the deadline thru 9/28/11(.10);
correspond with R Mason regarding same(.10)

| IPG | 09/28/2011 | | 0.20 | 0.20 | 310.00 | | 62.00 |
|---|---|---|---|---|---|---|---|
| 09/28/2011 | IPG | Confer with J Paulsen regarding the matter generally(.10); conference call with Debtors' counsel and P Castaneda to advise we reached a tentative deal, no briefs will be filed and that I would appear on 10/4/11(.10). | | | 0.20 hrs. | | 62.00 |
| IPG | 10/04/2011 | | 1.00 | 1.00 | 310.00 | | 310.00 |
| 10/04/2011 | IPG | Prepared for(.40) and appeared on status of Objection to Exemption elections(.40); correspond with W Factor related to same(.20) | | | 1.00 hrs. | | 310.00 |
| IPG | 01/18/2012 | | 0.20 | 0.20 | 320.00 | | 0.00 |
| 01/18/2012 | IPG | Dictated draft order mooting the Objection, based upon the Sale Order (no charge) | | | 0.20 hrs. | | 0.00 |
| IPG | 01/19/2012 | | 0.20 | 0.20 | 320.00 | | 0.00 |
| 01/19/2012 | IPG | Work on potential draft order for 1/25/12 status on Objection to Exemptions(no charge) | | | 0.20 hrs. | | 0.00 |
| IPG | 01/24/2012 | | 0.20 | 0.20 | 320.00 | | 0.00 |
| 01/24/2012 | IPG | Correspond with W Factor regarding order I plan to submit to the court tomorrow (no charge) | | | 0.20 hrs. | | 0.00 |
| IPG | 01/25/2012 | | 0.80 | 0.80 | 320.00 | | 0.00 |
| 01/25/2012 | IPG | Preparation related to(.20) and appeared to withdraw Objection to Debtors Exemption Elections in certain stock(.50); follow up with Trustee regarding entered order(.10)  (no charge) | | | 0.80 hrs. | | 0.00 |

TOTAL PROFESSIONAL SERVICES                               $4,702.00

Billing Summary
Total professional services                      $4,702.00
Total of new charges for this invoice            $4,702.00

_____

**Total balance now due**                        **$4,702.00**

| | | | | |
|---|---|---|---|---|
| IPG | 17.70 | 248.70 | $4,402.00 | |
| JSM | 1.00 | 300.00 | $300.00 | |
| | 18.70 | | $4,702.00 | |

DI MONTE & LIZAK LLC
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

January 31, 2012

RICHARD J MASON, TRUSTEE                    Invoice#  0
L.W. & P.L. CARPENTER BANKRUPTCY           Client#   CARPL1        00029
MCGUIRE WOODS LLP                          Billing through  01/31/2012
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

---

**CASH ADVANCED**
**LEE W & PATRICIA L CARPENTER**
**CHAPTER 7   10-57334**

Payments received since last invoice            $0.00

Balance brought forward                         $0.00

EXPENSES

| CS | 06/16/2011 | $95.03 |
| --- | --- | --- |

Vendor AMERSP, AMERICAN SPEEDY PRINTING
CENTERS Invoice # 76

| 06/16/2011 | COPY SERVICE CHARGE  - AMERICAN SPEEDY PRINTING CENTERS | 95.03 |
| --- | --- | --- |

| PO | 06/16/2011 | $63.36 |
| --- | --- | --- |
| 06/16/2011 | POSTAGE (99) | 63.36 |

| DU | 10/21/2011 | $100.00 |
| --- | --- | --- |
| 10/21/2011 | DUPLICATION | 50.00 |

| PO | 10/21/2011 | $64.64 |
| --- | --- | --- |
| 10/21/2011 | POSTAGE | 64.64 |

                                                        $273.03

Billing Summary
Total expenses incurred              $273.03
Total of new charges for this invoice    $273.03

**Total balance now due**                $273.03



                              0.00                $0.00