UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: CARPENTER, LEE W.<br>CARPENTER, PATRICIAL L.<br><br>Debtor(s) | § Case No. 10-57334<br>§<br>§<br>§ |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 30, 2010. The undersigned trustee was appointed on December 30, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $         27,500.33

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 299.09 |
   | Bank service fees | 552.38 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 26,648.86 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6. The deadline for filing non-governmental claims in this case was 02/17/2012 and the deadline for filing governmental claims was 02/17/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,500.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,500.03, for a total compensation of $3,500.03.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/25/2012            By:/s/RICHARD J. MASON _____
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-57334  
**Case Name:** CARPENTER, LEE W.  
CARPENTER, PATRICIAL L.  
**Period Ending:** 10/25/12

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/30/10 (f)  
**§341(a) Meeting Date:** 02/18/11  
**Claims Bar Date:** 02/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash: Cash<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. (See Footnote) | 500.00 | 500.00 | DA | 0.00 | FA |
| 2 | Bank Account: Checking Account - 0147<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 508.75 | 508.75 | DA | 0.00 | FA |
| 3 | Bank Account: Checking Account - 0305<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 592.55 | 592.55 | DA | 0.00 | FA |
| 4 | Bank Account: Checking Account - 5001<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1.00 | 1.00 | DA | 0.00 | FA |
| 5 | Bank Account: Checking Account - 3248<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1.00 | 1.00 | DA | 0.00 | FA |
| 6 | Household: Household goods.<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 7 | Furniture: Furniture<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 8 | Furniture: Furniture (Rental Property)<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 9 | Audio-Video: TV (2) Stereo (1) iPOD (2)<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission | 1,500.00 | 1,500.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-57334  
Case Name: CARPENTER, LEE W.  
CARPENTER, PATRICIAL L.  
Period Ending: 10/25/12

Trustee: (330470)  RICHARD J. MASON  
Filed (f) or Converted (c): 12/30/10 (f)  
§341(a) Meeting Date: 02/18/11  
Claims Bar Date: 02/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | owed to husband by Artur R. |  |  |  |  |  |
| 10 | Office: Desk, Bookshelf, File Cabinet(2), Comput<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>31; Original asset description: Referral commission<br>owed to husband by Artur R. | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 11 | Books-Music: Books, Albums & CDs<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>31; Original asset description: Referral commission<br>owed to husband by Artur R. | 200.00 | 200.00 | DA | 0.00 | FA |
| 12 | Clothes: Clothes<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>31; Original asset description: Referral commission<br>owed to husband by Artur R. | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 13 | Jewelry: Jewelry<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>31; Original asset description: Referral commission<br>owed to husband by Artur R. | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 14 | Insurance: Term Insurance<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>31; Original asset description: Referral commission<br>owed to husband by Artur R. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Retirement: Roth IRA (Patricia Carpenter)<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>31; Original asset description: Referral commission<br>owed to husband by Artur R. | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 16 | Retirement: Contributory IRA (Patricia Carpenter)<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>31; Original asset description: Referral commission<br>owed to husband by Artur R. | 1,250.00 | 1,250.00 | DA | 0.00 | FA |
| 17 | Financial Account: Brokerage Account<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>31; Original asset description: Referral commission<br>owed to husband by Artur R. | 100.00 | 100.00 | DA | 0.00 | FA |
| 18 | Stock: Rosemont Taxi Dispatch Company<br>  Orig. Asset Memo: Imported from Amended Doc#: | 1.00 | 1.00 | DA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

Case Number: 10-57334
Case Name: CARPENTER, LEE W.
CARPENTER, PATRICIAL L.
Period Ending: 10/25/12

Trustee: (330470) RICHARD J. MASON
Filed (f) or Converted (c): 12/30/10 (f)
§341(a) Meeting Date: 02/18/11
Claims Bar Date: 02/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 31; Original asset description: Referral commission owed to husband by Artur R. | | | | | |
| 19 | Stock: Interra Global Corporation<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1.00 | 1.00 | DA | 0.00 | FA |
| 20 | Auto: 2000, Toyota Avalon, Good, 67,000 miles. H<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 4,475.00 | 4,475.00 | DA | 0.00 | FA |
| 21 | Auto: 1996, SAAB, 900 SE, Fair, 78,000 miles<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 3,475.00 | 3,475.00 | DA | 0.00 | FA |
| 22 | Auto: 1992, BMW, 325, Fair, 115,000 miles<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 2,275.00 | 2,275.00 | DA | 0.00 | FA |
| 23 | Auto: 2007, SAAB, 9-3, 18000 miles<br>Orig. Asset Memo: Imported from Amended Doc#: 31; This payment is for the equity in various assets; See Court Order dated 11/8/2011(Docket No.#41) | 17,950.00 | 17,950.00 | DA | 27,500.00 | FA |
| 24 | 2010 Nissan Cube, used for new business to be op<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 12,000.00 | 12,000.00 | DA | 0.00 | FA |
| 25 | Animals: Our dog Cosmo<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1.00 | 1.00 | DA | 0.00 | FA |
| 26 | Referral commission owed to husband by Artur R.<br>Orig. Asset Memo: Imported from Amended Doc#: 31 | 13,000.00 | 13,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.33 | Unknown |

Printed: 10/25/2012 11:52 AM    V.13.04

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| Case Number: | 10-57334 | Trustee: | (330470) RICHARD J. MASON |
| --- | --- | --- | --- |
| Case Name: | CARPENTER, LEE W. | Filed (f) or Converted (c): | 12/30/10 (f) |
| | CARPENTER, PATRICIAL L. | §341(a) Meeting Date: | 02/18/11 |
| Period Ending: | 10/25/12 | Claims Bar Date: | 02/17/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | Assets Totals (Excluding unknown values) | $69,531.30 | $69,531.30 | | $27,500.33 | $0.00 |

RE PROP# 1      This payment is for the equity in various assets; See Court Order dated 11/8/2011(Docket No. #41)

---

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):     May 31, 2012          Current Projected Date Of Final Report (TFR):     October 30, 2012

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-57334 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | CARPENTER, LEE W. | | Bank Name: | The Bank of New York Mellon |
| | CARPENTER, PATRICIAL L. | | Account: | 9200-******15-65 - Checking Account |
| Taxpayer ID #: | **-***7551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/25/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/28/11 | {23} | Molly Carpenter | | 1129-000 | 15,000.00 | | 15,000.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,975.00 |
| 12/08/11 | {23} | Lee W. Carpenter | | 1129-000 | 6,250.00 | | 21,225.00 |
| 12/08/11 | {23} | Lee W. Carpenter | Reversal for insufficient funds. | 1129-000 | -6,250.00 | | 14,975.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 14,975.13 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.33 | 14,941.80 |
| 01/04/12 | {23} | Lee W. Carpenter | | 1129-000 | 6,250.00 | | 21,191.80 |
| 01/06/12 | {23} | Lee Carpenter | Final Payment | 1129-000 | 6,250.00 | | 27,441.80 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 27,442.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.02 | 27,390.98 |
| 02/09/12 | 1001 | McGuire Woods, LLP | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-57334 Voided on 02/09/12 | 2300-000 | | ! 304.91 | 27,086.07 |
| 02/09/12 | 1001 | McGuire Woods, LLP | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-57334 Voided: check issued on 02/09/12 | 2300-000 | | ! -304.91 | 27,390.98 |
| 02/09/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-57334, Bond #016026455 | 2300-000 | | 299.09 | 27,091.89 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.95 | 27,037.94 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.40 | 26,982.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.44 | 26,929.10 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.70 | 26,868.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.22 | 26,815.18 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.61 | 26,756.57 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.65 | 26,699.92 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.06 | 26,648.86 |
| | | | ACCOUNT TOTALS | | 27,500.33 | 851.47 | $26,648.86 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 27,500.33 | 851.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $27,500.33 | $851.47 | |

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 10/25/2012 11:52 AM    V.13.04

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-57334 | | Trustee: | RICHARD J. MASON (330470) |
| Case Name: | CARPENTER, LEE W. | | Bank Name: | The Bank of New York Mellon |
| | CARPENTER, PATRICIAL L. | | Account: | 9200-******15-65 - Checking Account |
| Taxpayer ID #: | **-***7551 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/25/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******15-65 | 27,500.33 | 851.47 | 26,648.86 |
| | $27,500.33 | $851.47 | $26,648.86 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-57334
Case Name: CARPENTER, LEE W.
Trustee Name: RICHARD J. MASON

**Balance on hand:** $ 26,648.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 26,648.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 3,500.03 | 0.00 | 3,500.03 |
| Attorney for Trustee, Fees - DiMonte & Lizak, LLC | 13,750.00 | 0.00 | 13,750.00 |
| Attorney for Trustee, Expenses - DiMonte & Lizak, LLC | 273.03 | 0.00 | 273.03 |

Total to be paid for chapter 7 administration expenses: $ 17,523.06
Remaining balance: $ 9,125.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,125.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

UST Form 101-7-TFR (05/1/2011)

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 9,125.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,759.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 814.28 | 0.00 | 93.17 |
| 2 | FIA CARD SERVICES, N.A. | 3,269.13 | 0.00 | 374.04 |
| 3 | Chase Bank USA, N.A. | 5,953.36 | 0.00 | 681.16 |
| 4 | Chase Bank USA, N.A. | 478.60 | 0.00 | 54.76 |
| 5 | Chase Bank USA, N.A. | 6,299.78 | 0.00 | 720.80 |
| 6 | Chase Bank USA, N.A. | 4,086.17 | 0.00 | 467.53 |
| 7 | Chase Bank USA, N.A. | 9,985.41 | 0.00 | 1,142.50 |
| 8 | American Express Centurion Bank | 754.79 | 0.00 | 86.36 |
| 9 | American Express Centurion Bank | 1,024.23 | 0.00 | 117.19 |
| 10 | ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK | 3,888.78 | 0.00 | 444.94 |
| 11 | US Bank N.A. | 423.44 | 0.00 | 48.45 |
| 12 | GE Capital Retail Bank | 4,345.10 | 0.00 | 497.15 |
| 14 -2 | Jet Properties | 35,776.50 | 0.00 | 4,093.42 |
| 16 | Ungaretti & Harris LLP | 2,659.87 | 0.00 | 304.33 |

|  | Total to be paid for timely general unsecured claims: | $ | 9,125.80 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**