UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: CARPENTER, LEE W.           § | Case No. 10-57334 |
| CARPENTER, PATRICIAL L.      § | |
| § | |
| Debtor(s)                                           § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 11/28/2012 in Courtroom 744, United States Courthouse, 219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 10/25/2012       By: /s/ Richard J. Mason
                                                            Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CARPENTER, LEE W. § Case No. 10-57334
CARPENTER, PATRICIAL L. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 27,500.33 |
| and approved disbursements of | $ 851.47 |
| leaving a balance on hand of [1] | $ 26,648.86 |
| **Balance on hand:** | $ 26,648.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 26,648.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 3,500.03 | 0.00 | 3,500.03 |
| Attorney for Trustee, Fees - DiMonte & Lizak, LLC | 13,750.00 | 0.00 | 13,750.00 |
| Attorney for Trustee, Expenses - DiMonte & Lizak, LLC | 273.03 | 0.00 | 273.03 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 17,523.06 |
| Remaining balance: | $ 9,125.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,125.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,125.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,759.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 814.28 | 0.00 | 93.17 |
| 2 | FIA CARD SERVICES, N.A. | 3,269.13 | 0.00 | 374.04 |
| 3 | Chase Bank USA, N.A. | 5,953.36 | 0.00 | 681.16 |
| 4 | Chase Bank USA, N.A. | 478.60 | 0.00 | 54.76 |
| 5 | Chase Bank USA, N.A. | 6,299.78 | 0.00 | 720.80 |
| 6 | Chase Bank USA, N.A. | 4,086.17 | 0.00 | 467.53 |
| 7 | Chase Bank USA, N.A. | 9,985.41 | 0.00 | 1,142.50 |
| 8 | American Express Centurion Bank | 754.79 | 0.00 | 86.36 |
| 9 | American Express Centurion Bank | 1,024.23 | 0.00 | 117.19 |
| 10 | ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK | 3,888.78 | 0.00 | 444.94 |

UST Form 101-7-NFR (10/1/2010)

| 11 | US Bank N.A. | 423.44 | 0.00 | 48.45 |
|---|---|---|---|---|
| 12 | GE Capital Retail Bank | 4,345.10 | 0.00 | 497.15 |
| 14 -2 | Jet Properties | 35,776.50 | 0.00 | 4,093.42 |
| 16 | Ungaretti & Harris LLP | 2,659.87 | 0.00 | 304.33 |

Total to be paid for timely general unsecured claims: $ 9,125.80
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                   Case No. 10-57334-ERW
Lee W. Carpenter                                                         Chapter 7
Patricial L. Carpenter
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: mrahmoun               Page 1 of 4                   Date Rcvd: Oct 26, 2012
                               Form ID: pdf006              Total Noticed: 103


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2012.
db/jdb       +Lee W. Carpenter,    Patricial L. Carpenter,    635 Elmore,    Park Ridge, IL 60068-3440
16608725      AAA Pool,    2535 Center Avenue,    Northbrook, IL 60062
16608735     +AT&T,    PO Box 6416,    Carol Stream, IL 60197-6416
16608726     +Advocate Health Care,    PO Box 73208,    Chicago, IL 60673-7208
16608728     +Allied Interstate,    3000 Corporate Exchange 5th Floor,    Columbus, OH 43231-7723
16608729     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16608730     +American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
18293123      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16857413     +American Recovery Services,    555 St Charles Drive,    Suite 100,    Thousand Oaks, CA 91360-3983
16608733     +Associated Professional Services,    7007 Mission Gorge Road Suite 201,
               San Diego, CA 92120-2418
16608734     +Astrid Kociu,    5667 W. Irving Park,    Chicago, IL 60634
16608736      Balboa Insurance,    800.343.5756,    Kalamazoo, MI 49009
16608737     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16608739     +Bank of America (Countrywide),    PO BOX 650225,    Dallas, TX 75265-0225
16608738      Bank of America (Countrywide),    P.O. Box 10329,    Van Nuys, CA 91410
16608740     +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
16608741     +Bass & Associates,    Suite 200,    3936 E. Fort Lowell Road,    Tucson, AZ 85712-1083
16608742     +Bay Area Credit Service LLC,    1901 W 10th Street,    Antioch, CA 94509-1380
16608743     +Best Buy Reward Zone,    P.O. Box 80045,    Salinas, CA 93912-0045
16608744     +Bryant Hodge & Associates,    20 State Street Suite 100,    Bangor, ME 04401-5104
16608746     +Capital One,    P.O. Box 26074,    Richmond, VA 23260-6074
16608748      Capital One,    Attn: General Correspondence,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
16608747      Capital One,    P.O. Box 85417,    Richmond, VA 23285
16608749     +Capital One Bank,    c/o Blatt Hasenmiller Leibsker,    125 S. Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
16608751     +Capitol One Bank,    Blatt Hasenmiller, Leibsker & Moore,    125 S Wacker Dr   Suite 400,
               Chicago, IL 60606-4440
16608753     +Charlotte County Tax Collector,    18500 Murdock Circle,    Port Charlotte, FL 33948-1075
16608755     +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
16608756     +Chase AARP,    P.O. Box 15298,    Wilmington, DE 19850-5298
16608757     +Chase Auto Finance,    PO Box 78101,    Phoenix, AZ 85062-8101
18148140      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16608758     +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
16608759     +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
16608760     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16608761     +Citibank,    P.O. Box 660065,    Dallas, TX 75266-0065
16608762     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16608764     +City Treasurer - San Diego,    PO Box 129039,    San Diego, CA 92112-9039
16608765     +Client Services, Inc.,    3451 Harry Truman Blvd.,    St Charles, MO 63301-9816
16608766     +Cook County Assesor,    118 N Clark,    Chicago, IL 60602-1590
16608769     +Direct Merchants Credit Card Bank,    17600 N. Perimeter Drive,    Scottsdale, AZ 85255-5435
16608771      Encore at Grayhawk Homeowners Associatio,    % Brown Law Group,    1950 W Magee   Suite 182,
               Tucson, AZ 85704
18103405      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16608774     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
16608775      Franklin Collection Services,    PO Box 3910,    Tupelo, MS 38803-3910
16608776     +Friedman & Hotz PC,    208 S LaSalle   Suite 760,    Chicago, IL 60604-1000
16608777     +GC Services,    PO Box 47500,    Jacksonville, FL 32247-7500
16608778     +GE Money Bank,    Meyer & Njus PA,    134 N LaSalle St. Suite 1840,    Chicago, IL 60602-1100
16608780     +Grayhawk Community Association,    8360 E Via De Ventura,    Building L  Suite 100,
               Scottsdale, AZ 85258-3172
16608781     +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
16608782     +Home Depot Credit Card,    Citibank/HDCS,    P.O. Box 20483,    Kansas City, MO 64195-0483
16608783     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16608784     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16608786     +Ibrahim Ivshadet,    10482 Doris Court,    Apt. 2W,    Rosemont, IL 60018-3556
16608787     +Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
16608788     +Indymac Bank,    Attn:Bankruptcy,    Po Box 4045,    Kalamazoo, MI 49003-4045
16608790     +Jet Properties,    c/o Robert G. Grossman,    30 N. LaSalle,    Chicago, IL 60602-2590
16608791     +Jet Properties,    Robert G Grossman,    180 North LaSalle Street #1450,    Chicago, IL 60601-2614
16608792     +Kastriot Eleza,    5450 W. Bryn Mawr, Apt. 4,    Chicago, IL 60646-6427
16608793     +Marshall & Ilsley Fsb,    11548 West Theodore Trecker,    West Allis, WI 53214-1142
16608794     +Michael Lauesen,    2301 Linneman,    Glenview, IL 60025-4117
16608795     +Missions at Rio Vista,    % Anderson & Krieger,    8220 University Avenue   Suite 100,
               La Mesa, CA 91942-9321
18465500     +Missions at Rio Vista OA,    Joel M Kriger APC,    8220 University Ave 100,
               La Mesa, CA 91942-9321
16608796     +Molly Carpenter,    410 Leitch Ave.,    La Grange, IL 60525-6126
16608797     +Nationwide Credit Inc,    4700 Vestal Parkway E,    Vestal, NY 13850-4750
16608800     +North Park Clinic,    444 Northwest Hwy   # 325,    Park Ridge, IL 60068-6404
16608801     +North Suburban Gastroenterology Assoc SC,    950 N northwest Highway,    Park Ridge, IL 60068-2386
```

```
District/off: 0752-1          User: mrahmoun              Page 2 of 4           Date Rcvd: Oct 26, 2012
                              Form ID: pdf006             Total Noticed: 103

16608802     +OneWest Bank,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
16608803     +Orchard Bank,    P.O. Box 80084,    Salinas, CA 93912-0084
16608804     +Orthopedic Surgery Specialists,    PO Box 2404,    Bedford Park, IL 60499-2404
16608806     +PNC Bank (National City),    PO Box 5570,    Cleveland, OH 44101-0570
16608805      Park Ridge Fire Department,    Park Ridge, IL 60068
16608807      Providian,    P.O. Box 660763,    Dallas, TX 75266
16608808     +Richard W. Carpenter,    14500 N. Frank Lloyd Wright Blvd.    #313,   Scottsdale, AZ 85260-8835
16608809     +Romeo Cinaj,    4006 W. Cullom,    Chicago, IL 60641-2339
16608810     +Ronald Graef,    1701 E. Lake Avenue, Suite 205,    Glenview, IL 60025-2089
16608811     +Rosemont Leasing Transportation,    c/o Fischel & Kahn, Ltd.,    190 S. LaSalle, Suite 2850,
               Chicago, IL 60603-3499
16608812     +Stillari Qenam,    5629 N. Central Avenue,    Apt. 2,    Chicago, IL 60646-6436
16608813     +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
16608814     +Transworld Systems, Inc.,    Collection Agency,    1375 East Woodfield Road, #110,
               Schaumburg, IL 60173-5423
18419154    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH  45201-5229)
18491900     +Ungaretti & Harris LLP,    Attn:  R. Scott Alsterda,    70 W. Madison St., Suite 3500,
               Chicago, IL 60602-4283
16608815     +Ungaretti & Harris LLP,    Attn: Patrick F Ross,    70 W Madison #3500,    Chicago, IL 60602-4283
16608816     +Unifund,    Attention: Bankruptcy,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
16608820    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:   Wells Fargo Dealer Services,    P.O. Box 25341,   Santa Ana, CA 92799)
16608821     +WFNNB/Lane Bryant,    Po Box 182789,    Columbus, OH 43218-2789
16608818     +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
16608819     +Wells Fargo,    P.O. Box 31557,    Billings, MT 59107-1557
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18419142     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 27 2012 00:24:44
               ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK,    PO BOX 2036,    WARREN MI 48090-2036
18089538      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2012 00:49:38
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16608731     +E-mail/Text: sclark@arthuradler.com Oct 27 2012 00:26:18     Arthur Adler & Associates,
               25 E. Washington, Suite 500,    Chicago, IL 60602-1703
16608732     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 27 2012 00:24:44     Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
16608752      E-mail/Text: bankruptcy@cavps.com Oct 27 2012 00:48:47     Cavalry Portfolio Services LLC,
               PO Box 1017,    Hawthorne, NY 10532
16608745     +E-mail/Text: cms-bk@cms-collect.com Oct 27 2012 00:25:42     Capital Management Services,
               726 Exchange Street  Suite 700,    Buffalo, NY 14210-1464
16608750     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2012 00:49:38     Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16608768     +E-mail/Text: creditonebknotifications@resurgent.com Oct 27 2012 00:24:29     Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
16608770     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 27 2012 00:51:43     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
16608772     +E-mail/Text: bknotice@erccollections.com Oct 27 2012 00:26:11     Enhanced Recovery Corporation,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
16608773     +E-mail/Text: data_processing@fin-rec.com Oct 27 2012 00:25:41     Financial Recovery Services,
               PO Box 385908,    Minneapolis, MN 55438-5908
18430139      E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2012 00:28:08     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16608779     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2012 00:27:36     Gemb/sams Club Dc,   Attention:GEMB,
               Po Box 103104,    Roswell, GA 30076-9104
16608785     +E-mail/Text: Bankruptcy@icsystem.com Oct 27 2012 00:26:10     I C System,    444 Highway 96 East,
               PO Box 64887,    St Paul, MN 55164-0887
16608789      E-mail/Text: cio.bncmail@irs.gov Oct 27 2012 00:23:31     IRS,    Cincinnatti, OH 45999
16608798     +E-mail/Text: info@nelsonwatson.com Oct 27 2012 00:59:14     Nelson Watson & Associates,
               80 Merrimack Street   Lower Level,    Havermill, MA 01830-5202
16608799     +E-mail/Text: bankrup@nicor.com Oct 27 2012 00:24:16     Nicor Gas,
               Attention:  Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18293124*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16608754*    +Charlotte County Tax Collector,    18500 Murdock Circle,    Port Charlotte, FL 33948-1075
16608767*    +Cook County Assesor,    118 N Clark,    Chicago, IL 60602-1590
16857414*    +Richard W Carpenter,    14500 N Frank Lloyd Wright Blvd,    #313,   Scottsdale, AZ 85260-8835
16608817*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
16608727    ##+Albers Exteriors Inc.,    974 Estes Avenue,    Schaumburg, IL 60193-4426
16608763    ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                              TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: mrahmoun              Page 3 of 4              Date Rcvd: Oct 26, 2012
                               Form ID: pdf006             Total Noticed: 103
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2012**                        **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: mrahmoun              Page 4 of 4             Date Rcvd: Oct 26, 2012
                               Form ID: pdf006             Total Noticed: 103
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2012 at the address(es) listed below:

    Christopher M Brown  on behalf of Creditor  HOMESTEPS ASSET SERVICES / ONEWEST BANK FSB
     northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
    Dana N O'Brien  on behalf of Creditor  WELLS FARGO BANK, N.A. dobrien@atty-pierce.com,
     northerndistrict@atty-pierce.com
    Darren L Besic  on behalf of Creditor  JP Morgan Chase Bank, N.A. dbesic@aol.com,
     nancy@dbesiclaw.com
    Ira P Goldberg  on behalf of Trustee Richard Mason igoldberg@dimontelaw.com,
     phogan@dimontelaw.com
    Jeffrey K. Paulsen  on behalf of Debtor Lee Carpenter jpaulsen@wfactorlaw.com,
     nb@wfactorlaw.com;jpaulsenwfactorlawecf@gmail.com
    Patrick F Ross  on behalf of Creditor  Ungaretti & Harris LLP pfross@uhlaw.com,
     kburde@uhlaw.com;rjanczak@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Richard J Mason  rmason@mcguirewoods.com,  IL54@ecfcbis.com
    Timothy R Yueill  on behalf of Creditor  CitiMortgage, Inc. timothyy@nevellaw.com
    William J Factor  on behalf of Debtor Lee Carpenter wfactor@wfactorlaw.com,
     wfactorlaw@gmail.com;nb@wfactorlaw.com

                                       TOTAL: 10