**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CARPENTER, LEE W. § Case No. 10-57334
      CARPENTER, PATRICIAL L. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $69,531.30 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $9,125.80 | Claims Discharged Without Payment: $70,633.64 |
| Total Expenses of Administration: $18,374.53 | |

    3) Total gross receipts of $ 27,500.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,500.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,162.51 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,374.53 | 18,374.53 | 18,374.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 115,535.94 | 79,759.44 | 9,125.80 |
| **TOTAL DISBURSEMENTS** | $0.00 | $144,072.98 | $98,133.97 | $27,500.33 |

4) This case was originally filed under Chapter 7 on December 30, 2010. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2012         By: /s/RICHARD J. MASON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto: 2007, SAAB, 9-3, 18000 miles | 1129-000 | 27,500.00 |
| Interest Income | 1270-000 | 0.33 |
| **TOTAL GROSS RECEIPTS** | | **$27,500.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Charlotte County Tax Collector | 4110-000 | N/A | 3,604.50 | 0.00 | 0.00 |
| 13 -2 | Charlotte County Tax Collector | 4110-000 | N/A | 3,604.50 | 0.00 | 0.00 |
| 15 | Missions at Rio Vista OA | 4110-000 | N/A | 2,953.51 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,162.51** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 3,500.03 | 3,500.03 | 3,500.03 |
| DiMonte & Lizak, LLC | 3210-000 | N/A | 13,750.00 | 13,750.00 | 13,750.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| DiMonte & Lizak, LLC | 3220-000 | N/A | 273.03 | 273.03 | 273.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.33 | 33.33 | 33.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.02 | 51.02 | 51.02 |
| International Sureties, LTD. | 2300-000 | N/A | 299.09 | 299.09 | 299.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.95 | 53.95 | 53.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.40 | 55.40 | 55.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.44 | 53.44 | 53.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.70 | 60.70 | 60.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.22 | 53.22 | 53.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.61 | 58.61 | 58.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.65 | 56.65 | 56.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.06 | 51.06 | 51.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$18,374.53** | **$18,374.53** | **$18,374.53** |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 814.28 | 814.28 | 93.17 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 3,269.13 | 3,269.13 | 374.04 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,953.36 | 5,953.36 | 681.16 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 478.60 | 478.60 | 54.76 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,299.78 | 6,299.78 | 720.80 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,086.17 | 4,086.17 | 467.53 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,985.41 | 9,985.41 | 1,142.50 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 754.79 | 754.79 | 86.36 |
| 9 | American Express Centurion Bank | 7100-000 | N/A | 1,024.23 | 1,024.23 | 117.19 |
| 10 | ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK | 7100-000 | N/A | 3,888.78 | 3,888.78 | 444.94 |
| 11 | US Bank N.A. | 7100-000 | N/A | 423.44 | 423.44 | 48.45 |
| 12 | GE Capital Retail Bank | 7100-000 | N/A | 4,345.10 | 4,345.10 | 497.15 |
| 14 | Jet Properties | 7100-000 | N/A | 35,776.50 | 0.00 | 0.00 |
| 14 -2 | Jet Properties | 7100-000 | N/A | 35,776.50 | 35,776.50 | 4,093.42 |
| 16 | Ungaretti & Harris LLP | 7100-000 | N/A | 2,659.87 | 2,659.87 | 304.33 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $115,535.94 | $79,759.44 | $9,125.80 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57334  
**Case Name:** CARPENTER, LEE W.  
CARPENTER, PATRICIAL L.  
**Period Ending:** 12/28/12

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/30/10 (f)  
**§341(a) Meeting Date:** 02/18/11  
**Claims Bar Date:** 02/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash: Cash<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. (See Footnote) | 500.00 | 500.00 | DA | 0.00 | FA |
| 2 | Bank Account: Checking Account - 0147<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 508.75 | 508.75 | DA | 0.00 | FA |
| 3 | Bank Account: Checking Account - 0305<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 592.55 | 592.55 | DA | 0.00 | FA |
| 4 | Bank Account: Checking Account - 5001<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1.00 | 1.00 | DA | 0.00 | FA |
| 5 | Bank Account: Checking Account - 3248<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1.00 | 1.00 | DA | 0.00 | FA |
| 6 | Household: Household goods.<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 7 | Furniture: Furniture<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 8 | Furniture: Furniture (Rental Property)<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 9 | Audio-Video: TV (2) Stereo (1) iPOD (2)<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission | 1,500.00 | 1,500.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-57334  
**Case Name:** CARPENTER, LEE W.  
CARPENTER, PATRICIAL L.  
**Period Ending:** 12/28/12

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/30/10 (f)  
**§341(a) Meeting Date:** 02/18/11  
**Claims Bar Date:** 02/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| owed to husband by Artur R. | | | | | |
| 10  Office: Desk, Bookshelf, File Cabinet(2), Comput<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 11  Books-Music: Books, Albulms & CDs<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 200.00 | 200.00 | DA | 0.00 | FA |
| 12  Clothes: Clothes<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 13  Jewelry: Jewelry<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 14  Insurance: Term Insurance<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15  Retirement: Roth IRA (Patricia Carpenter)<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 16  Retirement: Contributory IRA (Patricia Carpenter<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1,250.00 | 1,250.00 | DA | 0.00 | FA |
| 17  Financial Account: Brokerage Account<br>Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 100.00 | 100.00 | DA | 0.00 | FA |
| 18  Stock: Rosemont Taxi Dispatch Company<br>Orig. Asset Memo: Imported from Amended Doc#: | 1.00 | 1.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-57334  
**Case Name:** CARPENTER, LEE W.  
                CARPENTER, PATRICIAL L.  
**Period Ending:** 12/28/12  

**Trustee:**  (330470)  RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/30/10 (f)  
**§341(a) Meeting Date:** 02/18/11  
**Claims Bar Date:** 02/17/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 31; Original asset description: Referral commission owed to husband by Artur R. | | | | | |
| 19 | Stock: Interra Global Corporation<br>  Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1.00 | 1.00 | DA | 0.00 | FA |
| 20 | Auto: 2000, Toyota Avalon, Good, 67,000 miles. H<br>  Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 4,475.00 | 4,475.00 | DA | 0.00 | FA |
| 21 | Auto: 1996, SAAB, 900 SE, Fair, 78,000 miles<br>  Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 3,475.00 | 3,475.00 | DA | 0.00 | FA |
| 22 | Auto: 1992, BMW, 325, Fair, 115,000 miles<br>  Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 2,275.00 | 2,275.00 | DA | 0.00 | FA |
| 23 | Auto: 2007, SAAB, 9-3, 18000 miles<br>  Orig. Asset Memo: Imported from Amended Doc#: 31; This payment is for the equity in various assets; See Court Order dated 11/8/2011(Docket No.#41) | 17,950.00 | 17,950.00 | DA | 27,500.00 | FA |
| 24 | 2010 Nissan Cube, used for new business to be op<br>  Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 12,000.00 | 12,000.00 | DA | 0.00 | FA |
| 25 | Animals: Our dog Cosmo<br>  Orig. Asset Memo: Imported from Amended Doc#: 31; Original asset description: Referral commission owed to husband by Artur R. | 1.00 | 1.00 | DA | 0.00 | FA |
| 26 | Referral commission owed to husband by Artur R.<br>  Orig. Asset Memo: Imported from Amended Doc#: 31 | 13,000.00 | 13,000.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.33 | Unknown |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 10-57334
**Case Name:** CARPENTER, LEE W.
CARPENTER, PATRICIAL L.
**Period Ending:** 12/28/12

**Trustee:** (330470) RICHARD J. MASON
**Filed (f) or Converted (c):** 12/30/10 (f)
**§341(a) Meeting Date:** 02/18/11
**Claims Bar Date:** 02/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27   Assets   Totals (Excluding unknown values) | $69,531.30 | $69,531.30 | | $27,500.33 | $0.00 |

RE PROP# 1    This payment is for the equity in various assets; See Court Order dated 11/8/2011(Docket No. #41)

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    May 31, 2012       **Current Projected Date Of Final Report (TFR):**    October 30, 2012

Printed: 12/28/2012 05:42 PM    V.13.11

Case 10-57334    Doc 68    Filed 12/28/12    Entered 12/28/12 17:49:58    Desc Main
Document    Page 10 of 13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-57334 | | **Trustee:** | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CARPENTER, LEE W. | | **Bank Name:** | Rabobank, N.A. |
| | CARPENTER, PATRICIAL L. | | **Account:** | ****578966 - Checking Account |
| **Taxpayer ID #:** | **-***7551 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/28/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/28/2012 05:42 PM    V.13.11

Case 10-57334   Doc 68   Filed 12/28/12   Entered 12/28/12 17:49:58   Desc Main
Document      Page 11 of 13

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-57334  
**Case Name:** CARPENTER, LEE W.  
CARPENTER, PATRICIAL L.  
**Taxpayer ID #:** **-***7551  
**Period Ending:** 12/28/12  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/28/11 | {23} | Molly Carpenter | | 1129-000 | 15,000.00 | | 15,000.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,975.00 |
| 12/08/11 | {23} | Lee W. Carpenter | | 1129-000 | 6,250.00 | | 21,225.00 |
| 12/08/11 | {23} | Lee W. Carpenter | Reversal for insufficient funds. | 1129-000 | -6,250.00 | | 14,975.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 14,975.13 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.33 | 14,941.80 |
| 01/04/12 | {23} | Lee W. Carpenter | | 1129-000 | 6,250.00 | | 21,191.80 |
| 01/06/12 | {23} | Lee Carpenter | Final Payment | 1129-000 | 6,250.00 | | 27,441.80 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 27,442.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.02 | 27,390.98 |
| 02/09/12 | 1001 | McGuire Woods, LLP | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-57334 Voided on 02/09/12 | 2300-000 | | ! 304.91 | 27,086.07 |
| 02/09/12 | 1001 | McGuire Woods, LLP | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-57334 Voided: check issued on 02/09/12 | 2300-000 | | ! -304.91 | 27,390.98 |
| 02/09/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-57334, Bond #016026455 | 2300-000 | | 299.09 | 27,091.89 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.95 | 27,037.94 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.40 | 26,982.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.44 | 26,929.10 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.70 | 26,868.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.22 | 26,815.18 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.61 | 26,756.57 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.65 | 26,699.92 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.06 | 26,648.86 |
| 12/05/12 | 1003 | DiMonte & Lizak, LLC | Dividend paid 100.00% on $13,750.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 13,750.00 | 12,898.86 |
| 12/05/12 | 1004 | DiMonte & Lizak, LLC | Dividend paid 100.00% on $273.03, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 273.03 | 12,625.83 |
| 12/05/12 | 1005 | RICHARD J. MASON | Dividend paid 100.00% on $3,500.03, Trustee Compensation; Reference: | 2100-000 | | 3,500.03 | 9,125.80 |
| 12/05/12 | 1006 | American InfoSource LP as agent for | Dividend paid 11.44% on $814.28; Claim# 1; Filed: $814.28; Reference: | 7100-000 | | 93.17 | 9,032.63 |

Subtotals :  $27,500.33    $18,467.70

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 12/28/2012 05:42 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-57334 | | **Trustee:** | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| **Case Name:** | CARPENTER, LEE W. | | **Bank Name:** | The Bank of New York Mellon |
| | CARPENTER, PATRICIAL L. | | **Account:** | 9200-******15-65 - Checking Account |
| **Taxpayer ID #:** | **-***7551 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/28/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/12 | 1007 | FIA CARD SERVICES, N.A. | Dividend paid 11.44% on $3,269.13; Claim# 2; Filed: $3,269.13; Reference: | 7100-000 | | 374.04 | 8,658.59 |
| 12/05/12 | 1008 | Chase Bank USA, N.A. | Dividend paid 11.44% on $5,953.36; Claim# 3; Filed: $5,953.36; Reference: | 7100-000 | | 681.16 | 7,977.43 |
| 12/05/12 | 1009 | Chase Bank USA, N.A. | Dividend paid 11.44% on $478.60; Claim# 4; Filed: $478.60; Reference: | 7100-000 | | 54.76 | 7,922.67 |
| 12/05/12 | 1010 | Chase Bank USA, N.A. | Dividend paid 11.44% on $6,299.78; Claim# 5; Filed: $6,299.78; Reference: | 7100-000 | | 720.80 | 7,201.87 |
| 12/05/12 | 1011 | Chase Bank USA, N.A. | Dividend paid 11.44% on $4,086.17; Claim# 6; Filed: $4,086.17; Reference: | 7100-000 | | 467.53 | 6,734.34 |
| 12/05/12 | 1012 | Chase Bank USA, N.A. | Dividend paid 11.44% on $9,985.41; Claim# 7; Filed: $9,985.41; Reference: | 7100-000 | | 1,142.50 | 5,591.84 |
| 12/05/12 | 1013 | American Express Centurion Bank | Dividend paid 11.44% on $754.79; Claim# 8; Filed: $754.79; Reference: | 7100-000 | | 86.36 | 5,505.48 |
| 12/05/12 | 1014 | American Express Centurion Bank | Dividend paid 11.44% on $1,024.23; Claim# 9; Filed: $1,024.23; Reference: | 7100-000 | | 117.19 | 5,388.29 |
| 12/05/12 | 1015 | ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK | Dividend paid 11.44% on $3,888.78; Claim# 10; Filed: $3,888.78; Reference: | 7100-000 | | 444.94 | 4,943.35 |
| 12/05/12 | 1016 | US Bank N.A. | Dividend paid 11.44% on $423.44; Claim# 11; Filed: $423.44; Reference: | 7100-000 | | 48.45 | 4,894.90 |
| 12/05/12 | 1017 | GE Capital Retail Bank | Dividend paid 11.44% on $4,345.10; Claim# 12; Filed: $4,345.10; Reference: | 7100-000 | | 497.15 | 4,397.75 |
| 12/05/12 | 1018 | Jet Properties | Dividend paid 11.44% on $35,776.50; Claim# 14 -2; Filed: $35,776.50; Reference: | 7100-000 | | 4,093.42 | 304.33 |
| 12/05/12 | 1019 | Ungaretti & Harris LLP | Dividend paid 11.44% on $2,659.87; Claim# 16; Filed: $2,659.87; Reference: | 7100-000 | | 304.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,500.33 | 27,500.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 27,500.33 | 27,500.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,500.33** | **$27,500.33** | |

{} Asset reference(s)

Printed: 12/28/2012 05:42 PM   V.13.11

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-57334 | **Trustee:** RICHARD J. MASON (330470) |
| **Case Name:** CARPENTER, LEE W. | **Bank Name:** The Bank of New York Mellon |
| CARPENTER, PATRICIAL L. | **Account:** 9200-******15-65 - Checking Account |
| **Taxpayer ID #:** **-***7551 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/28/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****578966** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******15-65** | 27,500.33 | 27,500.33 | 0.00 |
| | $27,500.33 | $27,500.33 | $0.00 |

{} Asset reference(s)    Printed: 12/28/2012 05:42 PM    V.13.11